IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FISHER-PRICE, INC. <br><br> Plaintiff, <br><br> v. <br><br> SAFETY 1ST, INC., et al. <br><br> Defendants. | CIVIL ACTION NO. 01-051 GMS |

## STIPULATION AND ORDER

Having discussed the matter with the Court at the conclusion of the trial on December 7, 2006, the parties hereby stipulate, subject to order of the Court, to the following briefing schedule for post-trial motions in the above-captioned matter:

(i) Opening briefs shall be filed and served on January 12, 2007;

(ii) Answering briefs shall be filed and served on January 26, 2007; and

(iii) Reply briefs shall be filed and served on February 5, 2007.

| CONNOLLY BOVE LODGE & HUTZ LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Patricia Smink Rogowski | /s/ Anne Shea Gaza |
| Paul Crawford (No. 493) | Frederick L. Cottrell, III (No. 2555) |
| pcrawford@cblh.com | cottrell@rlf.com |
| Patricia Smink Rogowski (No. 2632) | Anne Shea Gaza (No. 4093) |
| progowski@cblh.com | gaza@rlf.com |
| 1220 Market Street | One Rodney Square |
| P.O. Box 2207 | P.O. Box 551 |
| Wilmington, DE 19889 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 651-7700 |
| Attorneys for Plaintiff Fisher-Price, Inc. | Attorneys for Defendant Safety 1st, Inc. |

| Of Counsel: | Of Counsel: |
|---|---|
| William E. Wallace, III<br>Robert Busby<br>Milbank, Tweed, Hadley & McCloy LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20036<br>(202) 835-7500 | James J. Foster<br>Robert M. Abrahamsen<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA 02210<br>(617) 720-3500 |

**SO ORDERED** on this _____ day of December, 2006.

_____
The Honorable Gregory M. Sleet
United States District Judge