IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FISHER-PRICE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAFETY 1ST, INC., DOREL JUVENILE )<br>GROUP, INC., and DOREL DESIGN AND )<br>DEVELOPMENT, LLC, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 01-051-GMS |

## BILL OF COSTS

                      Patricia Smink Rogowski (No. 2632)
                      CONNOLLY BOVE LODGE & HUTZ LLP
                      1007 North Orange Street
                      Wilmington, DE 19889
                      Tel:    (302) 658-9141
                      Fax:   (302) 658-5614
                      *Attorneys for Plaintiff Fisher-Price, Inc.*

OF COUNSEL:

William E. Wallace, III
Jay I. Alexander
Donna F. Mulvihill
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW
Washington, DC 20006
Tel:  (202) 835-7500
Fax:  (202) 835-7586

Dated:   June 16, 2008 – as corrected July 22, 2008

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Fisher-Price, Inc.  )
)
v.  )   Case No.: 01-051 (GMS)
)
Safety 1st, Inc., et al  )
)

## Bill of Costs

Judgment having been entered in the above entitled action __05/09/2008__ against __Safety 1st, Inc., et al__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ................................................... | 502.80 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 11,697.70 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses (itemize on page two) ................................................... | 760.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ................................................... | |
| Costs as shown on Mandate of Court of Appeals ................................................... | |
| Compensation of court-appointed experts ................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ................................................... | 2,398.18 |
| **TOTAL** | **$ 15,358.68** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Jay I. Alexander

For: Fisher-Price                                      Date: 06/16/2008
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court               Deputy Clerk               Date

♲AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Steven C. Visser<br>1704 Klondike Rd., West Lafayette, IN 47906 | 8 | 320.00 | | | | | $320.00 |
| William O. Kerr, Ph.D.<br>1801 K St NW, Suite 500, Washington, DC 20006 | 11 | 440.00 | | | | | $440.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $760.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

RULE 6

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Patent Histories**

| | |
|---|---|
| Patent File Histories provided during September 2001: | 852.95 |
| Patent File Histories provided during August 2002 | 1,105.90 |
| Patent File Histories provided during December 2002 | 125.00 |
| Prior Art, File Histories provided during December 2002 | 156.83 |
| Patent and File Wrapper obtained 1/28/05 | <u>157.50</u> |
| **TOTAL** | **2398.18** |

**Depositions**

| | |
|---|---|
| Mark Weppner (transcript) | 416.00 |
| John Rhein and Mark Weppner (court reporting) | 960.58 |
| Transcript Services on 11/9/2001 | 703.71 |
| Lois di Martinis and Jorge Tomas (court reporting) | 1,448.70 |
| Jason Macari (court reporting) | 755.40 |
| Angela Ziegler and Scott Ziegler (court reporting) | 407.20 |
| George Greenfield (court reporting) | 899.46 |
| John Canna, Brian Brown, Bruce Armstrong (court reporting) | 1076.47 |
| John Canna, Brian Brown, Bruce Armstrong (transcript) | 115.61 |
| Brian Sundberg (court reporting) | 427.30 |
| Creighton Hoffman (court reporting, paid 05/22/02) | 1813.09 |
| Julia Favorito and John Rhein (transcripts) | 522.34 |
| Julia Favorito and John Rhein (fee) | 49.20 |
| Creighton Hoffman (fee, paid 02/07/2003) | 544.57 |
| Joseph Mabardy | <u>1558.07</u> |
| **TOTAL** | **11697.70** |

**Service Fees**

| | |
|---|---|
| Butler & Witten (paid 4/30/2002) | 125.00 |
| Steven Gibree and Jason Macari | 100.00 |
| Brian Sundberg | 135.00 |
| Steven Gibree | 46.40 |
| Jason Macari | 52.40 |
| Creighton Hoffman | <u>44.00</u> |
| **TOTAL** | **502.80** |

```
DATE: 06/16/2008                    MILBANK, TWEED, HADLEY & MCCLOY LLP                         Page 41 (41)
TIME: 10:32:17                              PROFORMA REPORT
CLIENT: 31255          MATTEL, INC.                                                  PROFORMA:        (       )
MATTER: 36986.00100    FISHER-PRICE/SAFETY 1st                                       FILE NUMBER:  36986.00100
BILLING ATTY: 09689    WILLIAM E. WALLACE                                            CURRENCY: USD
TIME CLOSED DATE:                                                       FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                       COSTS FROM: 01/01/1901  THRU: 06/16/2008
```

### COST & EXPENSES DETAIL

| INDEX | DATE | CHECK-# | CODE | BATCH | DESCRIPTION | NAME | ATTY# | AMOUNT | LOCN |
|---|---|---|---|---|---|---|---|---|---|
| 18770991 | 09/30/2001 | 10757 | 1801 | 80783 | MISCELLANEOUS - VENDOR: MICHAEL D. NOLAN -- TRAVEL AGENCY FEE ON TRAVEL FOR M. NOLAN ON 9/21 WHICH WAS CANCELLED | NOLAN, M. D. | 08228 | 21.00 | 0202 |
| 18820773 | 10/12/2001 | 3330 | 1801 | 81133 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- W.J. MATNEY PARKING FEE ON 10/1 | MATNEY, W. J. | 08610 | 12.00 | 0202 |
| 18847559 | 10/19/2001 | 10872 | 1801 | 81322 | MISCELLANEOUS - VENDOR: MICHAEL JACOBS -- REIMBURSE M. JACOBS FOR PURCHASE OF BOUNCERS TO BE USED AS EXHIBITS | JACOBS, M. H. | 08645 | 83.58 | 0202 |
| 18859460 | 10/22/2001 | 10891 | 1801 | 81390 | MISCELLANEOUS - VENDOR: FAXPAT, INC. -- FILE HISTORIES PROVIDED DURING SEPT. 2001 | MATNEY, W. J. | 08610 | 852.95 | 0202 |
| 18885466 | 10/29/2001 | 3334 | 1801 | 81568 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- PARKING CHARGES FOR W.J. MATNEY ON 10/10, 10/11 AND 10/13 | MATNEY, W. J. | 08610 | 36.00 | 0202 |
| 18946107 | 11/13/2001 | 3339 | 1801 | 82111 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- PARKING CHARGES FOR M. JACOBS ON 10/30 | JACOBS, M. H. | 08645 | 12.00 | 0202 |
| 18962586 | 11/15/2001 | 11067 | 1801 | 82194 | MISCELLANEOUS - VENDOR: BOISE CASCADE CORPORATION -- BINDERS ORDERED ON 11/5/01 | D.C.-DUPLICATIN | 05757 | 86.55 | 0202 |
| 18973808 | 11/19/2001 | 11079 | 1801 | 82268 | MISCELLANEOUS - VENDOR: FAXPAT, INC. -- FILE HISTORIES SHIPPED ON 10/4/01 | JACOBS, M. H. | 08645 | 142.00 | 0202 |
| 19004214 | 11/27/2001 | 11108 | 1801 | 82446 | MISCELLANEOUS - VENDOR: IRON MOUNTAIN -- FILE RETRIEVAL CHARGES DURING OCTOBER 2001 | CANNON, L. | 05978 | 22.26 | 0202 |
| 19046138 | 12/06/2001 | 11151 | 1801 | 82851 | MISCELLANEOUS - VENDOR: BOISE CASCADE CORPORATION -- BINDERS ORDERED 11/19 | D.C.-DUPLICATIN | 05757 | 86.55 | 0202 |
| 19195284 | 01/15/2002 | 3379 | 1801 | 83898 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- W.J. MATNEY PARKING CHARGE ON 1/8/02 | MATNEY, W. J. | 08610 | 12.00 | 0202 |
| 19275466 | 01/31/2002 | 3393 | 1801 | 84392 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- PARKING CHARGE FOR W.J. MATNEY ON 1/15 | MATNEY, W. J. | 08610 | 12.00 | 0202 |
| 19315153 | 02/12/2002 | 3396 | 1801 | 84671 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- PARKING CHARGES FOR W.J. MATNEY ON 1/31 AND 2/7 | MATNEY, W. J. | 08610 | 24.00 | 0202 |
| 19359591 | 02/22/2002 | 11585 | 1801 | 84942 | MISCELLANEOUS - VENDOR: ALL-STATE INTERNATIONAL -- SUPPLIES: EXHIBIT DIVIDERS | D.C.-DUPLICATIN | 05757 | 121.82 | 0202 |
| 19359700 | 02/22/2002 | 11588 | 1801 | 84942 | MISCELLANEOUS - VENDOR: BOISE CASCADE CORPORATION -- SUPPLIES: BINDERS | D.C.-DUPLICATIN | 05757 | 173.08 | 0202 |
| 19359992 | 02/22/2002 | 11599 | 1801 | 84942 | MISCELLANEOUS - VENDOR: WILLIAM MATNEY -- TRAVEL AGENT FEE FOR | MATNEY, W. J. | 08610 | 21.00 | 0202 |

```
DATE: 06/16/2008                           MILBANK, TWEED, HADLEY & McCLOY LLP                              Page 42 (42)
TIME: 10:32:17                                       PROFORMA REPORT
CLIENT: 31255              MATTEL, INC.                                                          PROFORMA:        (       )
MATTER: 36986.00100        FISHER-PRICE/SAFETY 1st                                               FILE NUMBER:  36986.00100
BILLING ATTY: 09689        WILLIAM E. WALLACE                                                    CURRENCY: USD
TIME CLOSED DATE:                                                                  FEES FROM: 01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                                 COSTS FROM: 01/01/1901  THRU: 06/16/2008

                                                    COST & EXPENSES DETAIL
INDEX       DATE        CHECK-#   CODE    BATCH     DESCRIPTION                                   NAME               ATT#     AMOUNT     LOCN
--------  ----------    -------   ----    -----     -----------                                   ----               ----     ------     ----
                                                    CANCELLED FLIGHT
19382297  02/28/2002    3403      1801    85103     MISCELLANEOUS - VENDOR: WASHINGTON            MATNEY, W. J.      08610      24.00    0202
                                                    PETTY CASH -- W.J. MATNEY PARKING
                                                    CHARGES ON 2/11 AND 2/25
19422792  03/11/2002    3413      1801    85366     MISCELLANEOUS - VENDOR: WASHINGTON            MATNEY, W. J.      08610      12.00    0202
                                                    PETTY CASH -- W.J. MATNEY PARKING
                                                    CHARGES ON 3/4/02
19534272  03/31/2002    3440      1801    85971     MISCELLANEOUS - VENDOR: WASHINGTON            MATNEY, W. J.      08610      12.00    0202
                                                    PETTY CASH -- W.J. MATNEY PARKING
                                                    CHARGE ON 3/11/02
19599042  04/18/2002    11899     1801    86452     MISCELLANEOUS - VENDOR: 1790.COM --           MATNEY, W. J.      08610       7.90    0202
                                                    PATENT SEARCH DURING FEBRUARY 2002
19599039  04/18/2002    11899     1801    86452     MISCELLANEOUS - VENDOR: 1790.COM --           MATNEY, W. J.      08610     793.95    0202
                                                    PATENT SEARCHES DURING NOVEMBER 2001
19687605  05/08/2002    11974     1801    87012     MISCELLANEOUS - VENDOR: BOISE CASCADE         D.C.-DUPLICATIN    05757      71.76    0202
                                                    CORPORATION -- BINDER ORDER APRIL 2002
19763991  05/30/2002    3478      1801    87528     MISCELLANEOUS - VENDOR: WASHINGTON            MATNEY, W. J.      08610      12.00    0202
                                                    PETTY CASH -- W.J. MATNEY PARKING
                                                    CHARGES ON 5/20/02
19952401  07/16/2002              1801    88739     MISCELLANEOUS CHECK 12332 TO ANNETTE          GURST, C. M.       09008     150.00    0202
                                                    MASIBILLO PATENT AND TRADEMARK
                                                    SERVICES VOUCHER 573661
20061720  08/13/2002    12497     1801    89426     MISCELLANEOUS - VENDOR: WILLIAM E.            WALLACE, W. E.     09689      44.00    0202
                                                    WALLACE -- TRAVEL AGENCY SERVICE
                                                    CHARGE FOR W. WALLACE CANCELLED TRIP
                                                    7/25/02
20089354  08/20/2002    12525     1801    89615     MISCELLANEOUS - VENDOR: WILLIAM E.            WALLACE, W. E.     09689     198.21    0202
                                                    WALLACE -- REIMBURSE W. WALLACE FOR
                                                    COMPUTER SUPPLIES PURCHASED FOR
                                                    FISHER PRICE HEARING
20460805  12/10/2002    13156     1801    92414     MISCELLANEOUS - VENDOR: BOISE CASCADE         D.C.-DUPLICATIN    05757     102.92    0202
                                                    CORPORATION -- BINDER ORDER
20465318  12/11/2002    13171     1801    92436     MISCELLANEOUS - VENDOR: ALL-STATE             D.C.-DUPLICATIN    05757     687.38    0202
                                                    INTERNATIONAL -- SUPPLY ORDER
                                                    (REDWELDS)
20542906  12/31/2002    3555      1801    93025     MISCELLANEOUS - VENDOR: WASHINGTON            LEGAL ASST.34,     80034      87.63    0202
                                                    PETTY CASH -- REIMBURSE C. LINDSAY
                                                    FOR CURRENT MODEL SAFETY FIRST 2-IN-1
                                                    BOUNCENETTE, 2-IN-1 43006A AT EBAY
                                                    AUCTION AND MAGNETIC SHEETS FOR
                                                    PHYSICAL EXHIBITS
20552814  12/31/2002    13299     1801    93148     MISCELLANEOUS - VENDOR: CYNTHIA               LEGAL ASST.34,     80034      21.00    0202
                                                    LINDSAY -- SAFETY 1ST 2 IN 1 BOUNCER
                                                    BOUGHT AT EBAY AUCTION
20664238  01/21/2003    3563      1801    93588     MISCELLANEOUS - VENDOR: WASHINGTON            SCHWARZ, J. M.     07286      26.43    0202
                                                    PETTY CASH -- REIMBURSE JT JONES FOR
                                                    PURCHASE OF DATA TAPE FOR TERMINAL
```

```
DATE: 06/16/2008                          MILBANK, TWEED, HADLEY & McCLOY LLP                    Page 43 (43)
TIME: 10:32:17                                      PROFORMA REPORT
CLIENT: 31255          MATTEL, INC.                                                              PROFORMA:       (        )
MATTER: 36986.00100    FISHER-PRICE/SAFETY 1st                                                   FILE NUMBER: 36986.00100
BILLING ATTY: 09689    WILLIAM E. WALLACE                                                        CURRENCY: USD
TIME CLOSED DATE:                                                                FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                                COSTS FROM: 01/01/1901  THRU: 06/16/2008

                                         COST & EXPENSES DETAIL
INDEX      DATE        CHECK-#  CODE  BATCH   DESCRIPTION                                    NAME                ATT#    AMOUNT     LOCN
```

| INDEX | DATE | CHECK-# | CODE | BATCH | DESCRIPTION | NAME | ATT# | AMOUNT | LOCN |
|---|---|---|---|---|---|---|---|---|---|
| 20675980 | 01/23/2003 | 13401 | 1801 | 93655 | SERVE BACKUP MISCELLANEOUS - VENDOR: BOISE CASCADE OFFICE CORPORATION -- BINDER ORDER IN DECEMBER 2002 | D.C.-DUPLICATIN | 05757 | 408.76 | 0202 |
| 20693256 | 01/28/2003 | 13440 | 1801 | 93767 | MISCELLANEOUS - VENDOR: ZENAIDA LIM -- REIMBURSE NINI LIM FOR BINDER PURCHASE | LIM, Z. | 00858 | 167.79 | 0202 |
| 20693341 | 01/28/2003 | 13436 | 1801 | 93767 | MISCELLANEOUS - VENDOR: CYNTHIA LINDSAY -- REIMBURSE C. LINDSAY FOR PURCHASE OF FISHER-PRICE CLASSICAL COURUS BASSINETTE AND SAFETY 1ST 2-IN-1 BOUNCENETTE | LEGAL ASST.34, | 80034 | 95.47 | 0202 |
| 20700493 | 01/30/2003 | 13468 | 1801 | 93833 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- REIMBURSE C. LINDSAY FOR VARIOUS SUPPLIES PURCHASED IN DELAWARE DURING TRIAL | LEGAL ASST.34, | 80034 | 29.15 | 0202 |
| 20709219 | 01/31/2003 | 13470 | 1801 | 93914 | MISCELLANEOUS - VENDOR: ANTHONY FABIC -- REIMBURSE A. FABIC FOR SUPPLIES PURCHASED DURING TRIAL IN DE 1/8-1/23/03 | FABIC, A. D. | 07929 | 311.22 | 0202 |
| 20743743 | 02/11/2003 | 13526 | 1801 | 94181 | MISCELLANEOUS - VENDOR: BOISE CASCADE OFFICE PRODUCTS -- BINDER ORDER | D.C.-DUPLICATIN | 05757 | 91.37 | 0202 |
| 20795948 | 02/21/2003 | 3577 | 1801 | 94414 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- C. LINDSAY PURCHASED NEW 2-IN-1 ON 1/30/03 | LEGAL ASST.34, | 80034 | 52.24 | 0202 |
| 20864886 | 03/12/2003 | 13674 | 1801 | 94900 | MISCELLANEOUS - VENDOR: WILLIAM E. WALLACE -- W. WALLACE MISCELLANEOUS CHARGE (GAS) DURING TRIP TO DE 1/7/03 | WALLACE, W. E. | 09689 | 39.11 | 0202 |
| 21760741 | 10/31/2003 | 3656 | 1801 | 100713 | MISCELLANEOUS - VENDOR: WASHINGTON PETTY CASH -- TWO-IN-ONE BOUNCENETTE | LINDSAY, C. A. | 07939 | 36.56 | 0202 |
| 22794234 | 07/29/2004 | 16175 | 1801 | 107512 | MISCELLANEOUS - VENDOR: D & B (DUN & BRADSTREET) -- ONLINE SERVICE CHARGE | ZSEBI, G. | 00822 | 51.21 | 0202 |
| 23115367 | 10/28/2004 | 16584 | 1801 | 109741 | MISCELLANEOUS - VENDOR: PACER SERVICE CENTER -- CHARGE FOR ONLINE SERVICE | ZSEBI, G. | 00822 | .00 | 0202 |
| 23739302 | 04/07/2005 | 65544 | 1801 | 114178 | MISCELLANEOUS - VENDOR: WILCOX & FETZER LTD. E-MAIL TRANSCRIPTS OF DEPO | FRESHOUR, S. M. | 02536 | .00 | 0202 |
| 24137072 | 07/26/2005 | 18185 | 1801 | 117208 | MISCELLANEOUS - VENDOR: PACER SERVICE CENTER PACER RECORD SEARCH | FRESHOUR, S. M. | 02536 | 40.80 | 0202 |
| 24137070 | 07/26/2005 | 18185 | 1801 | 117208 | MISCELLANEOUS - VENDOR: PACER SERVICE CENTER PACER RECORD SEARCH | FRESHOUR, S. M. | 02536 | 2.48 | 0202 |
| 25933374 | 12/18/2006 | 21096 | 1801 | 131684 | MISCELLANEOUS - VENDOR: CORPORATE EXPRESS GENERAL SUPPLIES FOR W. WALLACE | WALLACE, W. E. | 09689 | 1,626.32 | 0202 |
| 25923376 | 12/18/2006 | 21096 | 1801 | 131684 | MISCELLANEOUS - VENDOR: CORPORATE EXPRESS GENERAL SUPPLIES FOR W. WALLACE | WALLACE, W. E. | 09689 | 173.81 | 0202 |

```
DATE: 06/16/2008                          MILBANK, TWEED, HADLEY & MCCLOY LLP                         Page 44 (44)
TIME: 10:32:17                                    PROFORMA REPORT
CLIENT: 31255          MATTEL, INC.                                                      PROFORMA:        (    )
MATTER: 36986.00100    FISHER-PRICE/SAFETY 1st                                           FILE NUMBER: 36986.00100
BILLING ATTY: 09689    WILLIAM B. WALLACE                                                CURRENCY: USD
TIME CLOSED DATE:                                                             FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                             COSTS FROM: 01/01/1901  THRU: 06/16/2008

                                           COST & EXPENSES DETAIL
INDEX      DATE       CHECK-#  CODE   BATCH      DESCRIPTION                                NAME              ATTY#   AMOUNT   LOCN

25932375  12/18/2006  21096   1801  131684  MISCELLANEOUS - - VENDOR: CORPORATE         WALLACE, W. B.      09689    90.40   0202
                                            EXPRESS GENERAL SUPPLIES FOR W.
                                            WALLACE
25932377  12/18/2006  21096   1801  131684  MISCELLANEOUS - - VENDOR: CORPORATE         WALLACE, W. B.      09689   504.30   0202
                                            EXPRESS GENERAL SUPPLIES FOR W.
                                            WALLACE
25968753  12/28/2006  21168   1801  132082  MISCELLANEOUS - - VENDOR: SAFIR             SHAFI, N. B.        02810   914.56   0202
                                            ROSETTI, LLC INVESTIGATOR
26050632  01/26/2007  21331   1801  132956  MISCELLANEOUS - - VENDOR: PACER             ZSEBI, G.           00822     4.48   0202
                                            SERVICE CENTER DIALOG SERVICE CHARGES
26051008  01/29/2007  21335   1801  132977  MISCELLANEOUS - - VENDOR: LEGALINK          ALEXANDER, J. I     09569   416.00   0202
                                            BOSTON CERTIFIED COPY OF TRANSCRIPT
                                            OF MARK WEPPNER
26343553  04/26/2007  21861   1801  135468  MISCELLANEOUS - - VENDOR: PACER             ZSEBI, G.           00822      .00   0202
                                            SERVICE CENTER PACER ONLINE SERVICE
                                            FOR DURING 01/01/07 - 03/31/07
26937815  10/11/2007  22921   1801  140386  MISCELLANEOUS - - VENDOR: WILLIAMS          ANDERSON, A. R.     02735      .00   0202
                                            LEA INC (BOWNE) UPDATING ON 08/29/07
                                            FOR A. ANDERSON AND K. SCOVIN

*** SUBTOTAL FOR MISCELLANEOUS                                                                                   9,038.00

    TEMPORARY HELP
19405917  03/06/2002  11647   1804   85249  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286    90.00   0202
                                            PLACEMENTS, INC. -- PRISCILLA PICOTA
                                            SERVICES 2/14-2/15/02
19405922  03/06/2002  11647   1804   85249  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286   345.00   0202
                                            PLACEMENTS, INC. -- PRISCILLA PICOTA
                                            SERVICES 2/19-2/22/02
19455846  03/19/2002  11719   1804   85554  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286   945.00   0202
                                            PLACEMENTS, INC. -- PRISCILLA PICOTA
                                            SERVICES 2/25-3/1/02
19787921  06/06/2002  12136   1804   87703  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286   142.50   0202
                                            PLACEMENTS, INC. -- PRISCILLA PICOTA
                                            SERVICES 5/20-5/24/02
19831962  06/17/2002  12194   1804   87975  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286   240.00   0202
                                            PLACEMENTS, INC. -- PRISCILLA PICOTA
                                            SERVICES 6/3-6/7/02
19831954  06/17/2002  12194   1804   87975  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286    75.00   0202
                                            PLACEMENTS, INC. -- PRISCILLA PICOTA
                                            SERVICES 5/28-5/31/02
19896661  06/30/2002  12278   1804   88339  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286   225.00   0202
                                            PLACEMENTS, INC. -- SEAN SANTEN
                                            SERVICES 6/11-6/14/02
19896788  06/30/2002  12278   1804   88339  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286   135.00   0202
                                            PLACEMENTS, INC. -- SEAN SANTEN
                                            SERVICES 6/17-6/21/02
19986561  07/26/2002  12424   1804   88961  TEMPORARY HELP - VENDOR: LEGAL              SCHWARZ, J. M.      07286    30.00   0202
```

```
DATE: 06/16/2008                    MILBANK, TWEED, HADLEY & McCLOY LLP                    Page 45 (45)
TIME: 10:32:17
CLIENT: 31255        MATTEL, INC.                                                          PROFORMA:      (        )
MATTER: 36986.00100  FISHER-PRICE/SAFETY 1st                                               FILE NUMBER: 36986.00100
BILLING ATTY: 09689  WILLIAM E. WALLACE                                                    CURRENCY: USD
TIME CLOSED DATE:                                                              FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                              COSTS FROM: 01/01/1901  THRU: 06/16/2008
===============================================================================================================================
                                              COST & EXPENSES DETAIL
INDEX      DATE       CHECK-#  CODE  BATCH        DESCRIPTION                              NAME             ATTY#   AMOUNT    LOCN
-------    --------   -------  ----  -----        -----------                              ----             -----   ------    ----

  VOUCHERS
20061652   08/13/2002  12486   1804  89426  PLACEMENTS, INC. -- SEAN SANTEN                SCHWARZ, J. M.   07286   165.00    0202
                                            SERVICES 7/15-7/19/02
21595414   09/22/2003  14638   1804  99580  TEMPORARY HELP - VENDOR: LEGAL                 MERRITT, D. H.   01083    38.85    0202
                                            PLACEMENTS, INC. -- SEAN SANTEN
                                            SERVICES 7/8-7/12/02
23211512   11/19/2004  16728   1804  110394 TEMPORARY HELP -- VENDOR: TRAK LEGAL           MERRITT, D. H.   01083    73.75    0202
                                            SERVICES -- KIMBERLY BROWN SERVICES
                                            DURING PERIOD 9/3-9/5/03
25820492   11/14/2006  20876   1804  130664 TEMPORARY HELP -- VENDOR: THE                  SCOVIN, K. M.    02264      .00    0202
                                            MIDTOWN GROUP INC -- FRAN HOWARD
                                            SERVICES DURING 10/4-10/8/04
26655836   07/24/2007  22455   1804  138051 TEMPORARY HELP - VENDOR: LEGAL                 MERRITT, D. H.   01083      .00    0202
                                            PLACEMENTS, INC. TEMP HELP FOR K.
                                            SCOVIN ON 10/27/06
                                            TEMPORARY HELP - - VENDOR: UPDATE
                                            LEGAL TEMP HELP ON 07/06/07 FOR THE
                                            WEEK ENDING 07/08/07 ( N. MACKIN )
                                                                                                                  2,505.10
  *** SUBTOTAL FOR TEMPORARY HELP

20995300   04/15/2003  327361  3001  95754  VOUCHERS - VENDOR: LEXISNEXIS                  ISENBERG, J. D.  01286     8.25    0202
                                            COURTLINK INC COURTLINK PRODUCT USAGE
21055233   04/30/2003  328009  3001  96153  VOUCHERS - VENDOR: LEXISNEXIS                  DOULOS, M.       01535    15.24    0202
                                            COURTLINK INC COURTLINK PRODUCT USAGE
21105028   05/15/2003  328588  3001  96537  VOUCHERS - VENDOR: LEXISNEXIS                  DOULOS, M.       01536     2.53    0202
                                            COURTLINK INC COURTLINK PRODUCT USAGE
21106730   05/15/2003  328588  3001  96537  VOUCHERS - VENDOR: LEXISNEXIS                  DOULOS, M.       01536     2.53    0202
                                            COURTLINK INC COURTLINK PRODUCT USAGE
21263730   06/25/2003  330142  3001  97487  VOUCHERS - VENDOR: LEXISNEXIS                  DOULOS, M.       01536     5.06    0202
                                            COURTLINK INC COURTLINK PRODUCT USAGE
                                                                                                                     33.61
  *** SUBTOTAL FOR VOUCHERS

  COURT/CLERICAL SERVICES
18924219   11/08/2001  11018   3201  81946  OUTSIDE CLERICAL - VENDOR: JACK W              NOLAN, M. D.     08228   960.58    0202
                                            HUNT AND ASSOCIATES INC -- SERVICES
                                            RE: DEPOSITION OF JOHN RHEIN AND MARK
                                            WEPNER
19014453   11/29/2001  11129   3201  82580  OUTSIDE CLERICAL - VENDOR: JACK W              NOLAN, M. D.     08228   703.71    0202
                                            HUNT AND ASSOCIATES INC -- TRANSCRIPT
                                            SERVICES ON 11/9
19352580   02/21/2002  11579   3201  84904  COURT/CLERICAL SERVICES - VENDOR:              WALLACE, W. E.   09689  1,448.70   0202
                                            LEGALINK CORPORATION -- SERVICES RE:
                                            DEPOSITIONS OF LOIS DIMARTINIS AND
                                            JORGE TOMAS
19647990   04/30/2002  11914   3201  86751  COURT/CLERICAL SERVICES - VENDOR:              BACHMAN, S. B.   09706   755.40    0202
                                            ALLIED COURT REPORTERS INC --
                                            DEPOSITION TRANSCRIPT OF JASON MACARI
```

```
DATE: 06/16/2008                    MILBANK, TWEED, HADLEY & MCCLOY LLP                        Page 46 (46)
TIME: 10:32:17                              PROFORMA REPORT
CLIENT: 31255         MATTEL, INC.                                                    PROFORMA:        (         )
MATTER: 36986.00100   FISHER-PRICE/SAFETY 1st                                         FILE NUMBER:  36986.00100
BILLING ATTY: 09689   WILLIAM E. WALLACE                                              CURRENCY: USD
TIME CLOSED DATE:                                                        FEES FROM: 01/01/1901 THRU: 06/16/2008
COST CLOSED DATE:                                                        COSTS FROM: 01/01/1901 THRU: 06/16/2008
=====================================================================================================================
                                          COST & EXPENSES DETAIL
INDEX      DATE       CHECK-#   CODE   BATCH           DESCRIPTION                     NAME         ATTY#   AMOUNT    LOCN
-----      ----       -------   ----   -----           -----------                     ----         -----   ------    ----
19647992  04/30/2002  11914    3201   86751   COURT/CLERICAL SERVICES - VENDOR:    BACHMAN, S. B.   09706   325.70   0202
                                              ALLIED COURT REPORTERS INC --
                                              DEPOSITION TRANSCRIPT OF STEVEN GIBREE
25936011  12/18/2006  21102    3201   131684  COURT/CLERICAL SERVICES -- VENDOR:   ALEXANDER, J. I  09569  1,688.50  0202
                                              NATIONAL DEPO TRANSCRIPT FEES
     *** SUBTOTAL FOR COURT/CLERICAL SERVICES                                                              5,882.59

DOCUMENT RETRIEVAL/REPRODUCTION
20092788  08/22/2002  12541    3401   89670   DOCUMENT RETRIEVAL/REPRODUCTION -    BUSBY, R. W.     09729  1,105.90  0202
                                              VENDOR: FAXPAT, INC. -- CERTIFIED
                                              FILE HISTORIES
20191176  09/19/2002  12685    3401   90348   DOCUMENT RETRIEVAL/REPRODUCTION -    SCHWARZ, J. M.   07286   282.95   0202
                                              VENDOR: FAXPAT, INC. -- FILE HISTORY
20402537  11/21/2002  13069    3401   91957   DOCUMENT RETRIEVAL/REPRODUCTION --   ZSEBI, G.        00822     4.23   0202
                                              VENDOR: LEXISNEXIS COURTLINK INC --
                                              COURTLINK USAGE FOR PERIOD
                                              10/1-10/31/02
20461103  12/11/2002  13157    3401   92414   DOCUMENT RETRIEVAL/REPRODUCTION -    BUSBY, R. W.     09729   125.00   0202
                                              VENDOR: ROBERT W. BUSBY -- REIMBURSE
                                              R. BUSBY FOR PAYMENT TO USPTO FOR
                                              FILE HISTORIES
20558334  12/31/2002  13329    3401   93282   DOCUMENT RETRIEVAL/REPRODUCTION -    LEGAL ASST 34,   80034   156.83   0202
                                              VENDOR: FAXPAT, INC. -- COPIES OF
                                              FOREIGN PRIOR ART, UPDATED FILE
                                              HISTORY AND COPIES OF PATENTS
                                              OBTAINED DURING DECEMBER 2002
21185495  06/09/2003  329484   3401   97103   DOCUMENT RETRIEVAL/REPRODUCTION -    HAM, D.          09850    10.00   0202
                                              VENDOR: CASHIER COPY OF COMPLAINT
21812443  11/14/2003  3660     3401   101053  DOCUMENT RETRIEVAL/REPRODUCTION -    ALEXANDER, J. I  09569     7.00   0202
                                              VENDOR: WASHINGTON PETTY CASH --
                                              PATENT DOWNLOADS ORDERED BY J.
                                              ALEXANDER 10/14/03
22340399  03/31/2004  15543    3401   104613  DOCUMENT RETRIEVAL/REPRODUCTION -    BELMAR, R. R.    08962    59.48   0202
                                              VENDOR: CHOICEPOINT -- DOCUMENT
                                              RETRIEVAL FROM USCA, FEDERAL CIRCUIT
                                              (WASHINGTON, DC) 3/5/04
22479835  05/07/2004  15720    3401   105532  DOCUMENT RETRIEVAL/REPRODUCTION -    ALEXANDER, J. I  09569   159.75   0202
                                              VENDOR: JAY ALEXANDER -- PATENT
                                              DOWNLOAD RECEIVED FROM PATENT IMAGING
                                              CORP 4/23/04
22479838  05/07/2004  15720    3401   105532  DOCUMENT RETRIEVAL/REPRODUCTION -    ALEXANDER, J. I  09569     3.00   0202
                                              VENDOR: JAY ALEXANDER -- PATENT
                                              DOWNLOAD RECEIVED FROM PATENT IMAGING
                                              CORP 4/28/04
22550326  05/25/2004  15802    3401   105916  DOCUMENT RETRIEVAL/REPRODUCTION -    GERLACH, C. M.   09817    39.75   0202
                                              VENDOR: JAMES SCHWARZ -- REIMBURSE J.
                                              SCHWARZ FOR PATENT DOWNLOAD RECEIVED
```

```
DATE: 06/16/2008                      MILBANK, TWEED, HADLEY & McCLOY LLP                    Page 47 (47)
TIME: 10:32:17                                  PROFORMA REPORT
CLIENT: 31255            MATTEL, INC.                                                PROFORMA:       (        )
MATTER: 36986.00100      FISHER-PRICE/SAFETY 1st                                     FILE NUMBER:  36986.00100
BILLING ATTY: 09689      WILLIAM B. WALLACH                                          CURRENCY: USD
TIME CLOSED DATE:                                                 FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                 COSTS FROM: 01/01/1901  THRU: 06/16/2008
================================================================================================================
                                          COST & EXPENSES DETAIL
 INDEX     DATE    CHECK-#  CODE  BATCH         DESCRIPTION                    NAME         ATTY#   AMOUNT   LOCN
 -----   --------  -------  ----  -----   -----------------------           ---------       -----   ------   ----
                                          FROM PATENT IMAGING CORPORATION
                                          5/18/04
22626566 06/15/2004 15922   3401  106457  DOCUMENT RETRIEVAL/REPRODUCTION -  ALEXANDER, J. I  09569     1.00   0202
                                          VENDOR: JAY ALEXANDER -- PATENT
                                          DOWNLOAD RECEIVED FROM PATENT IMAGING
                                          CORP. 6/12/04
23238877 11/24/2004 16745   3401  110477  DOCUMENT RETRIEVAL/REPRODUCTION -  COWARD, L. M.    07928    80.60   0202
                                          VENDOR: JAMES SCHWARZ - REIMBURSE J.
                                          SCHWARZ FOR PATENT SEARCHES RECEIVED
                                          FROM PATENT IMAGING CORP. 11/5/04
23496997 02/03/2005 17137   3401  112513  DOCUMENT RETRIEVAL/REPRODUCTION -  ALEXANDER, J. I  09569   157.50   0202
                                          VENDOR: JAY ALEXANDER - SPEED CONTROL
                                          PATENT AND FILE WRAPPER OBTAINED FROM
                                          PATENT IMAGING CORP. 1/28/05
25978679 12/29/2006 21191   3401  132263  DOCUMENT RETRIEVAL/REPRODUCTION -  RUBENSTEIN, L.   02664   197.39   0202
                                          VENDOR: KATHERINE SCOVIN PRODUCTS TO
                                          BE USED AS EXHIBITS AT TRIAL
26514410 06/13/2007 22164   3401  136923  DOCUMENT RETRIEVAL/REPRODUCTION -  WALLACE, W. B.   09689      .00   0202
                                          VENDOR: PACER SERVICE CENTER PACER
                                          FEES
*** SUBTOTAL FOR DOCUMENT RETRIEVAL/REPRODUCTION                                          2,390.38
 FEES
18842953 10/18/2001 4429*   3501  81280   FEES - VENDOR: YOUNG LEGAL SUPPORT JACOBS, M. H.    08645   600.00   0202
                                          SERVICES -- BERNARD YOUNG SERVICES
                                          10/12, 10/15 AND 10/17/01
18897664 10/18/2001         3501  81661   Reversal from Void Check Number:   JACOBS, M. H.   08645  -600.00   0202
                                          10868 Bank ID: 71 Voucher ID: 516534
                                          Vendor: YOUNG LEGAL SUPPORT SERVICES
19141522 12/31/2001 11295   3501  83520   FEES - VENDOR: STEVE VISSER DESIGN -- WALLACE, W. B. 09689 12,058.70 0202
                                          FEE FOR OCTOBER SERVICES AS EXPERT
                                          WITNESS
19204391 01/17/2002 11372   3501  83976   FEES - VENDOR: LEGALINK CORPORATION JACOBS, M. H.   08645  1,198.75  0202
                                          -- SERVICES RENDERED ON 11/28/01 BY
                                          LEGALINK DBA JONES, FRITZ & SHEEHAN
19267781 01/31/2002 3389    3501  84382   FEES - VENDOR: STEVEN GIBREE --    BACHMAN, S. B.   09706    46.40   0202
                                          WITNESS FEE
19267780 01/31/2002 3388    3501  84382   FEES - VENDOR: JASON MACARI --     BACHMAN, S. B.   09706    52.40   0202
                                          WITNESS FEE
19423278 03/11/2002 3409    3501  85368   FEES - VENDOR: ASSISTANT COMMISSIONER MATNEY, W. J. 08610   130.00   0202
                                          FOR -- FILING FEE
19475195 03/21/2002 3415    3501  85638   FEES - VENDOR: ASSISTANT COMMISSIONER MATNEY, W. J. 08610    40.00   0202
                                          FOR -- ASSIGNMENT FEE TO ASST.
                                          COMMISSIONER FOR PATENTS
19592013 04/17/2002 11880   3501  86380   FEES - VENDOR: ESQUIRE DEPOSITION  BACHMAN, S. B.   09706   407.20   0202
                                          SERVICES -- DEPOSITION SERVICES RE:
                                          ANGELA ZIEGLER AND SCOTT ZIEGLER ON
```

```
DATE: 06/16/2008                    MILBANK, TWEED, HADLEY & McCLOY LLP                        Page 48 (48)
TIME: 10:32:17                              PROFORMA REPORT
CLIENT: 31255       MATTEL, INC.                                                    PROFORMA:      (         )
MATTER: 36986.00100 FISHER-PRICE/SAFETY 1st                                         FILE NUMBER:   36986.00100
BILLING ATTY: 09689 WILLIAM B. WALLACE                                              CURRENCY: USD
TIME CLOSED DATE:                                                    FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                    COSTS FROM: 01/01/1901  THRU: 06/16/2008
```

| INDEX | DATE | CHCK-# | CODE | BATCH | COST & EXPENSES DETAIL DESCRIPTION | NAME | ATTY# | AMOUNT | LOCN |
|---|---|---|---|---|---|---|---|---|---|
| 19599078 | 04/19/2002 | 11909 | 3501 | 86452 | 2/8/02 FEES - VENDOR: LEGALINK CORPORATION -- FEE FOR GEORGE GREENFIELD TRANSCRIPT ON 3/27/02 | BACHMAN, S. B. | 09706 | 899.46 | 0202 |
| 19662343 | 04/30/2002 | 11963 | 3501 | 86855 | FEES - VENDOR: JACK W HUNT AND ASSOCIATES INC -- FEES FOR DEPOSITION OF JOHN CANNA, BRYAN BROWN AND BRUCE ARMSTRONG 2/20/02 | BACHMAN, S. B. | 09706 | 1,076.47 | 0202 |
| 19647617 | 04/30/2002 | 3454 | 3501 | 86734 | FEES - VENDOR: CREIGHTON G. HOFFMAN -- SUBPOENA WITNESS FEE | BACHMAN, S. B. | 09706 | 44.00 | 0202 |
| 19647620 | 04/30/2002 | 3456 | 3501 | 86734 | FEES - VENDOR: BUTLER & WITTEN -- SERVER FEE | BACHMAN, S. B. | 09706 | 125.00 | 0202 |
| 19714816 | 05/16/2002 | 12025 | 3501 | 87219 | FEES - VENDOR: LEGALINK CORPORATION -- SERVICES RE: DEPOSITION OF BRIAN SUNDBERG | BUSBY, R. W. | 09729 | 427.30 | 0202 |
| 19714817 | 05/16/2002 | 12025 | 3501 | 87219 | FEES - VENDOR: LEGALINK CORPORATION -- SERVICES RE: DEPOSITION OF ALLAN FERRARO, SR. | BUSBY, R. W. | 09729 | 334.90 | 0202 |
| 19737385 | 05/22/2002 | 12061 | 3501 | 87364 | FEES - VENDOR: LEGALINK CORPORATION -- FEE FOR CREIGHTON HOFFMAN DEPOSITION TRANSCRIPTS | BACHMAN, S. B. | 09706 | 1,813.09 | 0202 |
| 19782835 | 05/31/2002 | 12111 | 3501 | 87656 | FEES - VENDOR: ROBERT W. BUSBY -- REIMBURSE R. BUSBY FOR PAYMENT TO SARGENTS COURT REPORTING SERVICE FOR BRIAN BADGER DEPOSITION | BUSBY, R. W. | 09729 | 159.20 | 0202 |
| 19824653 | 06/13/2002 | 12180 | 3501 | 87924 | FEES - VENDOR: JACK W HUNT AND ASSOCIATES INC -- FEE FOR TRANSCRIPTS OF CANNA, BROWN AND ARMSTRONG | BACHMAN, S. B. | 09706 | 115.61 | 0202 |
| 19831930 | 06/17/2002 | 12192 | 3501 | 87975 | FEES - VENDOR: JACK W HUNT AND ASSOCIATES INC -- FEE FOR DEPOSITION TRANSCRIPTS OF JULIA FAVORITO AND JOHN RHEIN | BACHMAN, S. B. | 09706 | 522.34 | 0202 |
| 19942628 | 07/16/2002 | 12344 | 3501 | 88687 | FEES - VENDOR: ROBERT P. SAVOIE -- PROFESSIONAL SERVICES RENDERED | BUSBY, R. W. | 09729 | 90.00 | 0202 |
| 19942620 | 07/16/2002 | 12339 | 3501 | 88687 | FEES - VENDOR: HOFFMAN ALVARY & COMPANY LLC -- PROFESSIONAL SERVICES RENDERED ON MAY 7, 2002 | BERARDO, L. A. | 09869 | 3,150.00 | 0202 |
| 19957555 | 07/19/2002 | 3494 | 3501 | 88771 | FEES - VENDOR: ASSISTANT COMMISSIONER FOR -- RECORDATION FEE PAID TO ASST. COMMISSIONER FOR PATENTS | BUSBY, R. W. | 09729 | 80.00 | 0202 |
| 20279063 | 10/16/2002 | 12817 | 3501 | 90982 | FEES - VENDOR: ANNETTE MASIELLO PATENT AND -- PATENT RESEARCH SERVICE | LEGAL ASST.34, | 80034 | 610.00 | 0202 |
| 20442213 | 12/05/2002 | 13126 | 3501 | 92261 | FEES - VENDOR: JACK W HUNT AND ASSOCIATES INC -- FEE FOR DEPOSITIONS OF JULIA FAVORITO AND JOHN RHEIN | WALLACE, W. B. | 09689 | 49.20 | 0202 |
| 20700527 | 01/30/2003 | 13461 | 3501 | 93833 | FEES - VENDOR: IDEA TREE INC -- PROFESSIONAL SERVICES RENDERED BY | BUSBY, R. W. | 09729 | 6,253.92 | 0202 |

```
DATE: 06/16/2008                    MILBANK, TWEED, HADLEY & McCLOY LLP                         Page 49 (49)
TIME: 10:32:17                              PROFORMA REPORT
CLIENT: 31255        MATTEL, INC.                                                      PROFORMA:        (      )
MATTER: 36986.00100  FISHER-PRICE/SAFETY 1st                                           FILE NUMBER: 36986.00100
BILLING ATTY: 09689  WILLIAM B. WALLACE                                                CURRENCY: USD
TIME CLOSED DATE:                                                       FEES FROM: 01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                       COSTS FROM: 01/01/1901 THRU: 06/16/2008
================================================================================================================
                                         COST & EXPENSES DETAIL
INDEX       DATE       CHECK-#  CODE   BATCH                  DESCRIPTION                   NAME        ATTY#    AMOUNT   LOCN
-----       ----       -------  ----   -----                  -----------                   ----        -----    ------   ----
                                              JULIA FAVORITO DURING PERIOD
                                              11/27/02-1/15/03
20727743  02/07/2003   13509    3501   94087  FEES -- VENDOR: WILCOX & FETZER LTD.      GUEST, C. M.    09008    544.57   0202
                                              -- FEE FOR DEPOSITION OF CREIGHTON
                                              HOFFMAN
20727744  02/07/2003   13509    3501   94087  FEES - VENDOR: WILCOX & FETZER LTD.       BUSBY, R. W.    09729    251.00   0202
                                              -- FEE FOR DEPOSITION OF COLLEEN
                                              HEGARTY
20809549  02/26/2003   13591    3501   94505  FEES - VENDOR: BOWNE BUSINESS             SCHWARZ, J. M.  07286    535.50   0202
                                              SOLUTIONS -- SERVICES ON 1/7 & 1/8/03
                                              TO SETUP/CONFIGURE WORKGROUP IN
                                              DELAWARE
21244784  06/20/2003   14202    3501   97405  FEES - VENDOR: LITIGATION                 WALLACE, W. B.  09689   1,338.11  0202
                                              COMMUNICATIONS INC -- FEE FOR
                                              EQUIPMENT SET-UP DURING TRIAL (THIS
                                              IS PARTIAL PAYMENT. BALANCE OF
                                              INVOICE BEING PAID BY SAFETY 1ST)
24881635  02/23/2006   19373    3501  123109  FEES -- VENDOR: PACER SERVICE CENTER      FRESHOUR, S. M. 02536      4.24   0202
                                              CHARGES FOR PACER SEARCH
25346896  06/29/2006   20149    3501  126791  FEES - VENDOR: PACER SERVICE CENTER       FRESHOUR, S. M. 02536      6.00   0202
                                              PACER SEARCH FEES
25748148  10/25/2006   20778    3501  130057  FEES - VENDOR: PACER SERVICE CENTER       FRESHOUR, S. M. 02536     61.52   0202
                                              PACER SEARCHES
26392365  05/09/2007   389213   3501  135920  FEES -- VENDOR: PACER SERVICE CENTER      RUSSO, J. L.    01004       .00   0202
                                              PACER 01/07 - 03/07
27067217  11/14/2007   395927   3501  141608  FEES -- VENDOR: PACER SERVICE CENTER      BINGORN, M.     04839       .00   0202
                                              PSC-07/01-09/30 BILLING CYCLE
27658807  05/06/2008   400760   3501  146950  FEES -- VENDOR: PACER SERVICE CENTER      BINGORN, M.     04839      5.04   0202
                                              BILLING CYCLE 01/01/08 - 03/31/08
                                                                                                              32,429.92
*** SUBTOTAL FOR FEES

COURT SEARCH
21325558  06/05/2003   335843   3701  101772  COURTLINK                                 LINDSAY, C. A.  07939      2.54   0202
22405723  09/17/2003   341719   3701  105043  COURTLINK                                 LINDSAY, C. A.  07939      2.54   0202
22186370  10/17/2003   339378   3701  103569  COURTLINK                                 LINDSAY, C. A.  07939      5.08   0202
22186372  10/21/2003   339378   3701  103569  COURTLINK                                 LINDSAY, C. A.  07939      5.08   0202
22360956  11/06/2003   341352   3701  104777  COURTLINK                                 LINDSAY, C. A.  07939      2.54   0202
22307717  12/02/2003   340742   3701  104371  COURTLINK                                 HAM, D.         09850      2.54   0202
23522481  11/18/2004   353865   3701  112669  COURTLINK                                 BELMAR, R. R.   08962      5.08   0202
24505430  11/09/2005   18763    3701  120161  COURT SEARCH -- VENDOR: PACER             FRESHOUR, S. M. 02536      4.72   0202
                                              SERVICE CENTER PACER SEARCHES
26106735  02/13/2007   21408    3701  133487  COURT SEARCH - VENDOR: PACER              SHAFI, N. B.    02810     15.60   0202
                                              SERVICE CENTER PACER SEARCHES
*** SUBTOTAL FOR COURT SEARCH                                                                                     45.72

SERVICE OF PROCESS/INVEST
19267774  01/31/2002   3385     3801   84382  SERVICE OF PROCESS/INVEST - VENDOR:       BACHMAN, S. E.  09706    100.00   0202
```

```
DATE: 06/16/2008                        MILBANK, TWEED, HADLEY & McCLOY LLP                                    Page 50 (50)
TIME: 10:32:17                                    PROFORMA REPORT
CLIENT: 31255          MATTEL, INC.                                                                       PROFORMA:        (        )
MATTER: 36986.00100    FISHER-PRICE/SAFETY 1st                                                            FILE NUMBER:  36986.00100
BILLING ATTY: 09689    WILLIAM B. WALLACE                                                                 CURRENCY: USD
TIME CLOSED DATE:                                                                           FEES FROM:  01/01/1901  THRU: 06/16/2008
COST CLOSED DATE:                                                                           COSTS FROM: 01/01/1901  THRU: 06/16/2008
================================================================================================================================
                                                    COST & EXPENSES DETAIL
INDEX       DATE        CHECK-#   CODE    BATCH             DESCRIPTION                          NAME            ATTY#   AMOUNT   LOCN
-----       ----        -------   ----    -----             -----------                          ----            -----   ------   ----

19267778   01/31/2002    3386     3801    84382    HUGHES LEGAL SUPPORT -- PROCESS          BACHMAN, S. R.       09706   135.00   0202
                                                   SERVER FOR STEVEN GIERKE AND JASON
                                                   MACARI
                                                   SERVICE OF PROCESS/INVEST - VENDOR:
                                                   BUTLER & WITTEN -- PROCESS SERVICE
                                                   RE: BRIAN SUNDBERG

*** SUBTOTAL FOR SERVICE OF PROCESS/INVEST                                            235.00

TELEPHONE
18608538   08/09/2001            0401    79652    EASTAURORA  NY                             MISC. ATTY'S,TE     04299     8.39   0202
18608539   08/09/2001            0401    79652    EASTAURORA  NY                             MISC. ATTY'S,TE     04299      .69   0202
18742737   08/09/2001            0401    80500    TELEPHONE VARIOUS CALLS                    WALLACE, W. B.      09689    22.46   0202
18632765   08/13/2001            0401    79801    EASTAURORA  NY                             MISC. ATTY'S,TE     04299      .69   0202
18677682   08/13/2001            0401    80122    TELEPHONE EAST AUROR NY                    WALLACE, W. B.      09689     2.62   0202
18632766   08/14/2001            0401    79801    WILMINGTON  DE                             MISC. ATTY'S,TE     04299      .69   0202
18677683   08/14/2001            0401    80122    TELEPHONE NY                               WALLACE, W. B.      09689      .34   0202
18632569   08/15/2001            0401    79801    WILMINGTON  DE                             JACOBS, M. H.       08645     1.05   0202
18632570   08/15/2001            0401    79801    WILMINGTON  DE                             JACOBS, M. H.       08645     1.75   0202
18677686   08/15/2001            0401    80122    TELEPHONE NY                               WALLACE, W. B.      09689      .69   0202
18677688   08/15/2001            0401    80122    TELEPHONE EAST AUROR NY                    WALLACE, W. B.      09689     1.05   0202
18677689   08/15/2001            0401    80122    TELEPHONE NORFOLK CT                       WALLACE, W. B.      09689      .34   0202
18714323   08/20/2001            0401    80408    TELEPHONE NEW YORK NY                      WALLACE, W. B.      09689     8.01   0202
18688068   08/27/2001            0401    80200    WILMINGTON  DE                             JACOBS, M. H.       08645      .22   0202
18688069   08/28/2001            0401    80200    WILMINGTON  DE                             JACOBS, M. H.       08645     1.39   0202
18688070   08/28/2001            0401    80200    BOSTON  MA                                 JACOBS, M. H.       08645     2.09   0202
18688071   08/29/2001            0401    80200    BOSTON  MA                                 JACOBS, M. H.       08645     2.79   0202
18688243   08/29/2001            0401    80200    BOSTON  MA                                 DC FAX,             04338      .34   0202
18742728   08/29/2001            0401    80600    TELEPHONE NEW YORK NY                      WALLACE, W. B.      09689    12.59   0202
18688072   08/30/2001            0401    80200    WILMINGTON  DE                             DC TELEPHONE,       04341     2.45   0202
18688073   08/30/2001            0401    80200    WILMINGTON  DE                             JACOBS, M. H.       08645      .34   0202
18742730   08/30/2001            0401    80600    TELEPHONE RICHMOND VA                      WALLACE, W. B.      09689      .22   0202
18714699   09/04/2001            0401    80413    WILMINGTON  DE                             JACOBS, M. H.       08645     4.20   0202
18714700   09/05/2001            0401    80413    BOSTON  MA                                 JACOBS, M. H.       08645     3.50   0202
18714702   09/05/2001            0401    80413    BOSTON  MA                                 DC FAX,             04338      .44   0202
18714703   09/05/2001            0401    80413    BOSTON  MA                                 DC FAX,             04338      .44   0202
18714704   09/05/2001            0401    80413    WILMINGTON  DE                             DC FAX,             04338      .22   0202
18714705   09/05/2001            0401    80413    WILMINGTON  DE                             JACOBS, M. H.       08645      .69   0202
18714706   09/05/2001            0401    80413    BOSTON  MA                                 JACOBS, M. H.       08645      .34   0202
18714707   09/05/2001            0401    80413    BOSTON  MA                                 DC FAX,             04338      .22   0202
18714708   09/06/2001            0401    80413    EASTAURORA  NY                             JACOBS, M. H.       08645      .69   0202
18714709   09/06/2001            0401    80413    WILMINGTON  DE                             JACOBS, M. H.       08645     1.05   0202
18714710   09/06/2001            0401    80413    WILMINGTON  DE                             JACOBS, M. H.       08645      .69   0202
18714711   09/06/2001            0401    80413    BOSTON  MA                                 JACOBS, M. H.       08645      .34   0202
18726746   09/11/2001            0401    80491    EASTAURORA  NY                             DC FAX,             04338      .69   0202
18879544   09/11/2001            0401    81527    TELEPHONE EASTAUROR NY                     NOLAN, M. D.        08228     1.05   0202
18726747   09/13/2001            0401    80491    EASTAURORA  NY                             JACOBS, M. H.       08645      .69   0202
```



Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

24|7 Worldwide Client Service



**INVOICE**

**DATE:** 10/23/2006
**INVOICE #** 091406-20147

**Bill To:**   Katherine M. Scovin Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006

**CASE:** Fisher-Price vs. Safety
**DEPOSITION:** Mabardy, Joseph
**DATE:** 9/14/2006
**CITY:** Boston
**STATE:** Massachusetts

**Comments or Special Instructions:**   Original transcript sent to Robert Abrahamsen via UPS Overnight on 9/21/06.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Kimberly Smith |  | UPS Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original Transcript & 1 Copy | 160 | $4.95 | $792.00 |
| Original Transcript - Expedited Delivery | 160 | $2.00 | $320.00 |
| Rough ASCII | 160 | $1.50 | $240.00 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index | 1 | $25.00 | $25.00 |
| Exhibits - Hard Copy | 201 | $0.25 | $50.25 |
|  |  | SUBTOTAL | $1,517.25 |
|  |  | SHIPPING & HANDLING | $40.82 |
|  |  | TOTAL | $1,558.07 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed **BILL OF COSTS** under seal with the Clerk of Court using CM/ECF which will send notification of such filing(s) to Frederick L. Cottrell, III.

I hereby further certify that on June 16, 2008, I have also served the document(s) on the following attorneys of record via e-mail:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899-0551 | James J. Foster<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Facsimile: 617-646-8646 |

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

412958v32(CB)