IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FISHER-PRICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 01-051-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| SAFETY 1st, INC., DOREL JUVENILE | ) | |
| GROUP, INC., and DOREL DESIGN AND | ) | |
| DEVELOPMENT, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PEPIN A. TUMA SUPPLEMENTING DOCUMENTATION OF PLAINTIFF'S BILL OF COSTS AT REQUEST OF DEFENDANTS IN THEIR OBJECTION THERETO

1.    I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), resident in the Washington, D.C. office, representing Plaintiff Fisher-Price, Inc. ("Plaintiff" or "Fisher-Price"), and am a member of the Bars of the District of Columbia and the Commonwealth of Virginia.

2.    Although Plaintiff believes its bill of costs contained sufficient documentation as filed, I submit this declaration to clarify and supplement the documentation submitted in Plaintiff's bill of costs of June 16, 2008 (D.I. 560) at the request of Defendants, who sought supplemental documentation in their Objection to Plaintiff's bill of costs of June 23, 2008 (D.I. 561).

3.    Defendants asked "that these [deposition] cost [sic] be rejected until Fisher-Price submits invoices that separate the permissible charges from those that would not be

allowed." Exhibits 1-14 are itemized, fully detailed invoices for recoverable deposition costs, organized by job date.

4.    Exhibit 1 details costs totaling $960.58 related to the October 4, 2001 depositions of John Rhein and Mark Weppner, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

5.    Exhibit 2 details costs totaling $1,448.70 related to the November 27, 2001 depositions of Lois DiMartinis and Jorge Tomas, recoverable under D. Del. L.R. 54.1(3).

6.    Exhibit 3 details costs totaling $407.20 related to the February 8, 2002 depositions of Angela and Scott Ziegler, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

7.    Exhibit 4 details costs totaling $1,060.56 related to the February 13, 2002 depositions of John Canna, Bryan Brown, and Bruce Armstrong, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

8.    Exhibit 5 details costs totaling $755.40 related to the February 13, 2002 deposition of Jason Macari, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

9.    Exhibit 6 details costs totaling $325.70 related to the February 13, 2002 deposition of Steven Gibree, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

10.    Exhibit 7 details costs totaling $427.30 related to the February 27, 2002 deposition of Brian Sundberg, recoverable under D. Del. L.R. 54.1(3).

11. Exhibit 8 details costs totaling $334.90 related to the February 28, 2002 deposition of Allan Ferraro, Sr., recoverable under D. Del. L.R. 54.1(3).

12. Exhibit 9 details costs totaling $899.46 related to the March 27, 2002 deposition of George Greenfield, recoverable under D. Del. L.R. 54.1(3).

13. Exhibit 10 details costs totaling $522.34 related to the April 30, 2002 depositions of John Rhein and Julia Wilkins Favorito, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

14. Exhibit 11 details costs totaling $1,813.09 related to the May 7, 2002 deposition of Creighton Hoffman, recoverable under D. Del. L.R. 54.1(3).

15. Exhibit 12 details costs totaling $544.57 related to the January 16, 2003, deposition of Creighton Hoffman, recoverable under D. Del. L.R. 54.1(3).

16. Exhibit 13 details costs totaling $1,558.07 related to the September 14, 2006 deposition of Joseph Mabardy, read into the record at trial and recoverable under D. Del. L.R. 54.1(3) and (5).

17. Exhibit 14 details costs totaling $416.00 related to the October 13, 2006 deposition of Mark Weppner, recoverable under D. Del. L.R. 54.1(3).

18. The total recoverable fees for court reporter and transcript/document costs pursuant to D. Del. L.R. 54.1(3) and (5) are $11,473.87

19. In addition, Exhibits 15-19 are attached and are detailed invoices evidencing the true and correct costs for patent file wrappers and prior art patents totaling $2,398.18.

20. As detailed in Plaintiff's bill of costs (D.I. 560), other recoverable costs include: fees for service of summons and subpoena totaling $502.80 and fees for

witnesses totaling $760.00.  The total recoverable amount for all costs after itemization of reporter and transcript fees now totals $15,134.85.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of July, 2008 at Washington, D.C.

_____
Pepin A. Tuma

# EXHIBIT 1

# Jack W. Hunt & Associates, Inc.

1420 Liberty Building
Buffalo, NY 14202

Phone: (716) 853-5600   Fax: (716) 855-1028

Job #: 011004LKB
Job Date: 10/04/2001
Order Date: 10/04/2001
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Fisher-Price, Inc.

# Invoice

Invoice #: 154153
Inv.Date: 10/23/2001
Balance: $960.58

---

**Bill To:**
Michael D. Nolan, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Action:** Fisher-Price, Inc.
**vs**
Safety 1st, Inc.
**Action #:** 01-051
**Rep:** LKB
**Cert:** 000882-1

| Item | Proceeding/Witness | Description | Units | Quantity | | |
|------|-------------------|-------------|-------|----------|--|--|
| 1 | John Rhein | Your Cost For One Copy - Traveling | Pages | 138.00 | | |
| 2 | John Rhein | LiveNote | Pages | 138.00 | | |
| 3 | John Rhein | Extra Copy | Pages | 138.00 | | |
| 4 | John Rhein | 3.5 " ASCII Diskette | Disk | 1.00 | | |
| 5 | John Rhein | LiveNote Internet Connection | Flat | 1.00 | | |
| 6 | Mark Weppner | Your Cost For One Copy - Traveling | Pages | 58.00 | | |
| 7 | Mark Weppner | LiveNote | Pages | 58.00 | | |
| 8 | Mark Weppner | Extra Copy | Pages | 58.00 | | |
| 9 | Mark Weppner | 3.5 " ASCII Diskette | Disk | 1.00 | | |
| 10 | | Exhibit Photocopy | Copy | 224.00 | | |
| 11 | | Bind | Book | 1.00 | | |
| 12 | | Shipping & Handling | Package | 1.00 | | |

**Comments:**
This invoice replaces invoice # 154145

Invoices Past 30 Days are Subject to 1.5% Finance Charge

| | |
|--|--|
| Sub Total | $960.58 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $960.58 |
| Payment | $0.00 |
| Balance Due | $960.58 |

**Federal Tax I.D.:** 16-1058272    **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Michael D. Nolan, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Deliver To:**
Michael D. Nolan, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

# Invoice

Jack W. Hunt & Associates, Inc.
1420 Liberty Building
Buffalo, NY 14202

Phone: (716) 853-5600
Fax: (716) 855-1028

Invoice #: 154153
Inv.Date: 10/23/2001
Balance: $960.58
Job #: 011004LKB
Job Date: 10/04/2001
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Fisher-Price, Inc.

# EXHIBIT 2



**WWW.LEGALINK.COM**

LEGALINK d/b/a
**JONES, FRITZ & SHEEHAN**
210 South Street, 11th Floor
Boston, MA 02111
617-542-0039
617-542-2119 fax

Job #: 011127MMS
Job Date: 11/27/2001
Order Date: 11/27/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Rebill

| | |
|---|---|
| **Rebill Date:** | 01/31/2002 |
| **Invoice #:** | 45618 |
| **Inv.Date:** | 12/11/2001 |
| **Balance:** | $1,448.70 |

**Bill To:**
William D. Wallace, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Action:** Fisher-Price
vs
Safety 1st, Inc.

**Action #:**

**Rep:** MMS

**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Lois DiMartinis | Original & 1 cc | Pages | 107.00 | $3.85 | | $411.95 |
| 2 | Lois DiMartinis | Attendance Charge | Session | 1.00 | $125.00 | | $125.00 |
| 3 | Lois DiMartinis | Livenote | Pages | 107.00 | $1.35 | | $144.45 |
| 4 | Lois DiMartinis | Complimentary Min-U-Script/Diskette | Pkg | 1.00 | $0.00 | | $0.00 |
| 5 | Jorge Tomas | Original & 1 cc | Pages | 139.00 | $3.85 | | $535.15 |
| 6 | Jorge Tomas | Livenote | Pages | 139.00 | $1.35 | | $187.65 |
| 7 | Jorge Tomas | Complimentary Min-U-Script/Diskette | Pkg | 1.00 | $0.00 | | $0.00 |
| 8 | | UPS-Next Day Delivery/Handling | Pkg | 1.00 | $44.50 | | $44.50 |

**Comments:**
Original exhibits enclosed,

Your payment would be appreciated

| | |
|---|---|
| Sub Total | $1,448.70 |
| Tax | $0.00 |
| **Total Invoice** | **$1,448.70** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$1,448.70** |

**Federal Tax I.D.:** 04-3302306     **Terms:** Net 30 days.  1.5% on unpaid balance.

*Please KEEP THIS PART for YOUR RECORDS.*

# EXHIBIT 3

**ESQUIRE**
DEPOSITION SERVICES

**ESQUIRE DEPOSITION SERVICES - SAN DIEGO**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
402 WEST BROADWAY, SUITE 700
SAN DIEGO, CA  92101
(619)233-0633  (619)544-9901

23751        HOSTJ01

| INVOICE NUMBER | DATE |
|---|---|
| 22001ESD | 02/27/02 |
| | 04/09/02 |

To:   MILBANK, TWEED, HADLEY & MCCLOY
1825 EYE STREET, N.W.
WASHINGTON, DC 20006

ATTN : MICHAEL H. JACOBS

Due upon receipt.      AMOUNT DUE      ENCL

YOUR REFERENCE NUMBER:

CAPTION:  FISHER PRICE VS. SAFETY FIRST

SERVICES PROVIDED ON 02/08/02:

| | | | | | AMOUNT DUE | ENCL |
|---|---|---|---|---|---|---|
| ANGELA ZIEGLER | 1- | 63 | 63 PGS @ $2.25 | | 141.75 | 1CC |
| SCOTT ZIEGLER | 1- | 42 | 42 PGS @ $2.25 | | 94.50 | 1CC |
| INTERACTIVE REALTIME | | | 80 @ | $1.00 | 80.00 | |
| EXHIBITS | | | 97 @ | $0.35 | 33.95 | |
| EXHIBITS - COLOR LASER PRINT | | | 5 @ | $1.25 | 6.25 | |
| ASCII & CONDENSED | | | 2 @ | $10.00 | 20.00 | |
| SHIPPING | | | | | 30.75 | |
| PROCESSING FEE | | | | | 15.00 | |

BALANCE DUE
(We accept VISA, MasterCard & American Express cards)   TOTAL   422.20   Thank You!

Collection questions
contact us at
(619)233-0633
Fax (619)544-9901

\*\*\* VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED \*\*\*

↓ Please detach and send with payment

Remit To:

ESQUIRE DEPOSITION SERVICES
2100 NORTH BROADWAY
SUITE 210
SANTA ANA,CA 92706
Tax ID # 22-3779684

JOB: 23751  TOT: $422.20
INVOICE #: 22001ESD
DATE: 04/09/02

MILBANK, TWEED, HADLEY & MCCLOY
Attn: MICHAEL H. JACOBS
1825 EYE STREET, N.W.
WASHINGTON, DC 20006

**ESQUIRE**
DEPOSITION SERVICES

A Record Of Excellence

# EXHIBIT 4

**jwh**

1420 Liberty Building
Buffalo, New York 14202
Phone      (716) 853-5600
Fax        (716) 855-1028
Toll Free  (800) 4JW-HUNT

jack w. hunt & associates, inc.

Job #: 020213JMM
Job Date: 02/13/2002
Order Date: 02/13/2002
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client: Fisher-Price, Inc.

## Invoice

| Invoice #: | 156612 |
| --- | --- |
| Inv.Date: | 02/20/2002 |
| Balance: | $0.00 |

**Bill To:**
Michael H. Jacobs, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Action:** Fisher-Price, Inc.
vs
Safety 1st, Inc.

**Action #:** 01-051
**Rep:** JMM
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | John Canna | Your Cost For One Copy | Pages | 116 | $2.08 | $0.00 | $241.28 |
| 2 | John Canna | Expedited (6-Day Delivery) | Pages | 116 | $1.70 | $0.00 | $197.20 |
| 3 | John Canna | Rough ASCII Diskette | Pages | 116 | $1.25 | $0.00 | $145.00 |
| 4 | Bryan M. Brown | Your Cost For One Copy | Pages | 66 | $2.08 | $0.00 | $137.28 |
| 5 | Bryan M. Brown | Expedited (6-Day Delivery) | Pages | 66 | $1.70 | $0.00 | $112.20 |
| 6 | Bryan M. Brown | Rough ASCII Diskette | Pages | 66 | $1.25 | $0.00 | $82.50 |
| 7 | Bruce Armstrong | Your Cost For One Copy | Pages | 22 | $2.08 | $0.00 | $45.76 |
| 8 | Bruce Armstrong | Expedited (6-Day Delivery) | Pages | 22 | $1.70 | $0.00 | $37.40 |
| 9 | Bruce Armstrong | Rough ASCII Diskette | Pages | 22 | $1.25 | $0.00 | $27.50 |
| 10 | | Exhibit Photocopy | Copy | 216.00 | $0.09 | $0.00 | $19.44 |
| 11 | | Shipping & Handling | Package | 1.00 | $15.00 | $0.00 | $15.00 |

**Comments:**

Remember JWH for your Photocopying and Videotaping Needs

| | |
| --- | --- |
| Sub Total | $1,060.56 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $1,060.56 |
| Payment | $1,060.56 |
| Balance Due | $0.00 |

**Federal Tax I.D.:** 16-1058272        **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Michael H. Jacobs, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Deliver To:**
Michael H. Jacobs, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Invoice #:** 156612
**Inv.Date:** 02/20/2002
**Balance:** $0.00
**Job #:** 020213JMM
**Job Date:** 02/13/2002
**DB Ref.#:**
**Date of Loss:**  / /
**Your File #:**
**Your Client:** Fisher-Price, Inc.



1420 Liberty Building
Buffalo, New York 14202
Phone      (716) 853-5600
Fax        (716) 855-1028
Toll Free  (800) 4JW-HUNT

jack w. hunt & associates, inc.

# EXHIBIT 5

04/23/2002 TUE 15:46   FAX 401 946 9228 Allied Court Reporters                        ☒002/003



**401-946-5500**
1-888-44DEPOS (443-3767)
TDD: 401-944-0877
FAX: 401-946-9228
ACR115@AOL.COM
www.alliedcourtreporters.com
115 Phenix Avenue, Cranston, Rhode Island 02920

TIN-05-0481673

Statement Date
**2/22/2002**

Invoice No.
**18 831**

**Billed To:**

ROBERT BUSBY, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY
1825 EYE STREET, N.W.

WASHINGTON, DC 20006

**Shipped To:**

ROBERT BUSBY, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY
1825 EYE STREET, N.W.

WASHINGTON, DC 20006

**Caption:**  FISHER-PRICE, INC. VS SAFETY 1ST, INC.
**Deposition Date:**  2/13/2002
**Deposed:**  **JASON MACARI**

| Description | Qty | Unit Charge | Charge |
|---|---|---|---|
| APPEARANCE FEE: (OVER 5 HOURS) 9:30-3:50PM | 1 | 75.00 | 75.00 |
| CERTIFIED ORIGINAL & 1+MINI OF TRANS | 162 | 3.50 | 567.00 |
| ASCII & E-TRAN SUPPLIE ON DISK & E-MAIL | 1 | 15.00 | 15.00 |
| TOTAL PAGES OF EXHIBITS | 242 | 0.20 | 48.40 |
| CONFERENCE ROOM USAGE | 1 | 50.00 | 50.00 |
| All Transcripts sealed and marked confidential. | | | |

**TOTAL:   755.40**

Thank you for your business.
Your reporter was:
      **Jane Poore**
To insure proper credit, please enclose the
remittance page of this invoice with
payment.

**TOTAL BALANCE
DUE:**         755.40

**TERMS: NET 30 DAYS**

OVERDUE ACCOUNTS SUBJECT TO A CHARGE OF 1-1/2% PER
MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%
APPLIED TO ANY BALANCE REMAINING AFTER 30 DAYS.

# EXHIBIT 6

04/23/2002 TUE 15:46   FAX 401 946 9228 Allied Court Reporters                    ☑003/003



|  | 401-946-5500 | TIN-05-0481673 |
|---|---|---|
|  | 1-888-44DEPOS (443-3767) |  |
|  | TDD: 401-944-0677 | Statement Date |
|  | FAX: 401-946-9228 | 2/22/2002 |
|  | ACR115@AOL.COM |  |
|  | www.alliedcourtreporters.com | Invoice No. |
|  | 115 Phenix Avenue, Cranston, Rhode Island 02920 | 18 833 |

**Billed To:**

ROBERT BUSBY, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY
1825 EYE STREET, N.W.

WASHINGTON, DC 20006

**Shipped To:**

ROBERT BUSBY, ESQ.
MILBANK, TWEED, HADLEY & MCCLOY
1825 EYE STREET, N.W.

WASHINGTON, DC 20006

Caption:      FISHER-PRICE, INC. VS SAFETY 1ST, INC.
Deposition Date:  2/14/2002
Deposed:      STEVEN GIBREE

| Description | Qty | Unit Charge | Charges |
|---|---|---|---|
| APPEARANCE FEE: (UNDER 6 HOURS) | 1 | 50.00 | 50.00 |
| CERTIFIED ORIGINAL & 1+MINI OF TRANS | 53 | 3.50 | 185.50 |
| ASCII & E-TRANS SUPPLIED ON DISK & E-MAIL | 1 | 15.00 | 15.00 |
| TOTAL PAGES OF EXHIBITS | 101 | 0.20 | 20.20 |
| CONFERENCE ROOM USAGE | 1 | 25.00 | 25.00 |
| FEDERAL EXPRESS SERVICE 2 DAY AIR | 1 | 30.00 | 30.00 |
| All Transcripts sealed and marked confidential. | | | |

**TOTAL:  325.70**

Thank you for your business.
**Your reporter was:**
       **Jane Poore**
To insure proper credit, please enclose the
remittance page of this invoice with
payment.

**TOTAL BALANCE
DUE:**          325.70

**TERMS: NET 30 DAYS**

OVERDUE ACCOUNTS SUBJECT TO A CHARGE OF 1-1/2% PER
MONTH WHICH IS AN ANNUAL PERCENTAGE RATE OF 18%
APPLIED TO ANY BALANCE REMAINING AFTER 30 DAYS.

# EXHIBIT 7

LEGALINK d/b/a
**JONES, FRITZ & SHEEHAN**
210 South Street, 11th Floor
Boston, MA 02111
617-542-0039
617-542-2119 fax

WWW.LEGALINK.COM

# Rebill

| | |
|---|---|
| Job Date: | 02/27/2002 |
| Order Date: | 02/27/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

| | |
|---|---|
| Rebill Date: | 03/01/2002 |
| Invoice #: | 48096 |
| Inv.Date: | 03/07/2002 |
| Balance: | $427.30 |

**Bill To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

Action: Fisher-Price
vs
Safety 1st, Inc.

Action #:

Rep: DLR

Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Brian C. Sundberg | Original & 1 cc | Pages | 88.00 | $3.85 | $338.80 |
| 2 | Brian C. Sundberg | 1/2 Day Attendance | Session | 1.00 | $75.00 | $75.00 |
| 3 | Brian C. Sundberg | Complimentary Min-U-Script/Diskette | Pkg | 1.00 | $0.00 | $0.00 |
| 4 | | UPS-Two day | Pkg | 1.00 | $13.50 | $13.50 |

**Comments:**

Your payment would be appreciated

| | |
|---|---|
| Sub Total | $427.30 |
| Tax | $0.00 |
| Total Invoice | $427.30 |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| Balance Due | $427.30 |

Federal Tax I.D.: 04-3302306     Terms: Net 30 days. 1.5% on unpaid balance.

Please KEEP THIS PART FOR YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Deliver To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

## Rebill

LEGALINK CORPORATION
d/b/a Jones, Fritz & Sheehan
210 South Street, 11th Floor
Boston, MA 02111

| | |
|---|---|
| Invoice #: | 48096 |
| Inv.Date: | 03/07/2002 |
| Balance: | $427.30 |
| Job #: | 02022TDLR |
| Job Date: | 02/27/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# EXHIBIT 8

LEGALINK d/b/a
JONES, FRITZ & SHEEHAN
210 South Street, 11th Floor
Boston, MA 02111
617-542-0039
617-542-2119 fax

WWW.LEGALINK.COM

| | |
|---|---|
| Job Date: | 02/28/2002 |
| Order Date: | 02/28/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Rebill

| | |
|---|---|
| Rebill Date: | 05/01/2002 |
| Invoice #: | 48135 |
| Inv.Date: | 03/08/2002 |
| Balance: | $334.90 |

**Bill To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

Action: Fisher-Price
vs
Safety 1st, Inc.

Action #:

Rep: DLR

Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Allan Ferraro, Sr. | Original & 1 cc | Pages | 64.00 | $3.85 | | $246.40 |
| 2 | Allan Ferraro, Sr. | 1/2 Day Attendance | Session | 1.00 | $75.00 | | $75.00 |
| 3 | Allan Ferraro, Sr. | Complimentary Min-U-Script/Diskette | Pkg | 1.00 | $0.00 | | $0.00 |
| 4 | | UPS-Two day | Pkg | 1.00 | $13.50 | | $13.50 |

**Comments:**
Original exhibits enclosed,

Your payment would be appreciated

| | |
|---|---|
| Sub Total | $334.90 |
| Tax | $0.00 |
| Total Invoice | $334.90 |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| Balance Due | $334.90 |

Federal Tax I.D.: 04-3302308       Terms: Net 30 days. 1.5% on unpaid balance.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Deliver To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

# Rebill

LEGALINK CORPORATION
d/b/a Jones, Fritz & Sheehan
210 South Street, 11th Floor
Boston, MA 02111

| | |
|---|---|
| Invoice #: | 48135 |
| Inv.Date: | 03/08/2002 |
| Balance: | $334.90 |
| Job #: | 02022BDLR |
| Job Date: | 02/28/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# EXHIBIT 9

**WWW.LEGALINK.COM**

**LEGALINK d/b/a**
**JONES, FRITZ & SHEEHAN**
210 South Street, 11th Floor
Boston, MA 02111
617-542-0039
617-542-2119 fax

Job #: 020327JMD
Job Date: 03/27/2002
Order Date: 03/27/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| **Invoice #:** | 48941 |
| **Inv.Date:** | 04/03/2002 |
| **Balance:** | $899.46 |

**Bill To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Action:** Fisher-Price
vs
Safety 1st, Inc.

**Action #:**
**Rep:** JMD
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | George L. Greenfield | Original & 1 cc - 25% expedite | Pages | 153.00 | $4.82 | $737.46 |
| 2 | George L. Greenfield | Attendance Charge | Session | 1.00 | $125.00 | $125.00 |
| 3 | George L. Greenfield | Complimentary Min-U-Script/Diskette | Pkg | 1.00 | $0.00 | $0.00 |
| 4 | | UPS-Next Day Delivery/Handling | Pkg | 1.00 | $37.00 | $37.00 |

**Comments:**
Original exhibits enclosed,

Thank you for your business.

| | |
|---|---|
| Sub Total | $899.46 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $899.46 |
| Payment | $0.00 |
| **Balance Due** | $899.46 |

**Federal Tax I.D.:** 04-3302306        **Terms:** Net 30 days. 1.5% on unpaid balance.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Deliver To:**
Robert W. Busby, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

# Invoice

**LEGALINK CORPORATION**
d/b/a  Jones, Fritz & Sheehan
210 South Street, 11th Floor
Boston, MA 02111

| | |
|---|---|
| **Invoice #:** | 48941 |
| **Inv.Date:** | 04/03/2002 |
| **Balance:** | $899.46 |
| Job #: | 020327JMD |
| Job Date: | 03/27/2002 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |

# EXHIBIT 10



**jack w. hunt & associates, inc.**

1420 Liberty Building
Buffalo, New York 14202
Phone      (716) 853-5500
Fax        (716) 855-1028
Toll Free  (800) 4JW-HUNT

Job #: 020430JMM
Job Date: 04/30/2002
Order Date: 04/30/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Fisher-Price, Inc.

# Invoice

Invoice #:        158576
Inv. Date:    05/09/2002
Balance:        $0.00

**Bill To:**
William E. Wallace, III, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Action:** Fisher-Price, Inc.
*vs*
Safety 1st, Inc.

**Action #:** 01-051
**Rep:** JMM
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Julia Wilkins Favorito | Your Cost For One Copy | Pages | 100 | $2.08 | $0.00 | $208.00 |
| 2 | Julia Wilkins Favorito | ASCII Diskette | Disk | 1.00 | $20.00 | $0.00 | $20.00 |
| 3 | John Rhein | Your Cost For One Copy | Pages | 80 | $2.08 | $0.00 | $166.40 |
| 4 | John Rhein | ASCII Diskette | Disk | 1.00 | $20.00 | $0.00 | $20.00 |
| 5 | | Exhibit Photocopy | Copy | 66.00 | $0.09 | $0.00 | $5.94 |
| 6 | | Shipping & Handling | Package | 1.00 | $21.00 | $0.00 | $21.00 |
| 7 | | Shipping of boxes on 5/1 | Package | 1.00 | $81.00 | $0.00 | $81.00 |

**Comments:**

Remember JWH for your Photocopying and Videotaping Needs

| | |
|---|---|
| Sub Total | $522.34 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $522.34 |
| Payment | $522.34 |
| Balance Due | $0.00 |

**Federal Tax I.D.:** 16-1058272        **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
William E. Wallace, III, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Deliver To:**
William E. Wallace, III, Esq
Milbank, Tweed, Hadley & McCloy, LLP
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

# Invoice

Invoice #: 158576
Inv. Date: 05/09/2002
Balance: $0.00
Job #: 020430JMM
Job Date: 04/30/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Fisher-Price, Inc.



**jack w. hunt & associates, inc.**

1420 Liberty Building
Buffalo, New York 14202
Phone      (716) 853-5500
Fax        (716) 855-1028
Toll Free  (800) 4JW-HUNT

# EXHIBIT 11

WWW.LEGALINK.COM

**LEGALINK d/b/a**
**JONES, FRITZ & SHEEHAN**
210 South Street, 11th Floor
Boston, MA 02111
617-542-0039
617-542-2119 fax

Job #: 020507JMK
Job Date: 05/07/2002
Order Date: 05/07/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 49969
**Inv.Date:** 05/13/2002
**Balance:** $1,813.09

**Bill To:**
William D. Wallace, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W.
Suite 1100
Washington, DC 20006

**Action:** Fisher-Price
vs
Safety 1st, Inc.

**Action #:**
**Rep:** JMK
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| | Creighton G. Hoffman | Original & 1cc-Technical -35% | Pages | 296.00 | $5.54 | $1,639.84 |
| | Creighton G. Hoffman | Attendance Charge | Session | 1.00 | $125.00 | $125.00 |
| | Creighton G. Hoffman | Complimentary Min-U-Script/Diskette | Pkg | 1.00 | $0.00 | $0.00 |
| | | UPS-Next Day Delivery/Handling | Pkg | 1.00 | $48.25 | $48.25 |

**Comments:**

Thank you for your business.

| | |
|---|---|
| Sub Total | $1,813.09 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $1,813.09 |
| Payment | $0.00 |
| **Balance Due** | $1,813.09 |

*Federal Tax I.D.:* 04-3302306

*Terms:* Net 30 days. 1.5% on unpaid balance.

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

# EXHIBIT 12



# INVOICE



**WILCOX & FETZER LTD.**
1330 King Street
Wilmington, DE 19801
**(302) 655-0477**
FAX (302) 655-0497



NCRA.
M E M B E R
Guardians of the Record

PLEASE REFERENCE THIS INVOICE
NUMBER WHEN REMITTING

Christopher Guest, Esquire
Milbank, Tweed Hadley & McCloy
1825 Eye Street
New York, NY   20006

| | |
|---|---|
| DATE | 01/16/2003 |
| INVOICE NO. | 44615 |
| CLIENT | 5574 |
| JOB NO. | 01-051 GMS |

Re: Fisher-Price   Safety 1st, Inc.
Assignment Date: January 16, 2003

Deposition Of Creighton Hoffman Orig + Min-U-Script Expedited

71.0  Pages                          599.03
                              ==========
                Total Amount $    599.03

**pay only 544.57 if paid within 30 days**

(JP)

TERMS NET 30 DAYS
WILCOX & FETZER, LTD.
Please Make Checks Payable to:
**WILCOX & FETZER, LTD.**
**Federal Tax ID# 51-0318885**

# EXHIBIT 13



**TSG**
REPORTING
24 | 7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/23/2006
**INVOICE #** 091406-20147

**Bill To:**    Katherine M. Scovin Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006

**CASE:**        Fisher-Price vs. Safety
**DEPOSITION:**  Mabardy, Joseph
**DATE:**        9/14/2006
**CITY:**        Boston
**STATE:**       Massachusetts

**Comments or Special Instructions:**   Original transcript sent to Robert Abrahamsen via UPS Overnight on 9/21/06.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|----------|--------------|----------|-------|
| Kimberly Smith | | UPS Overnight | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|-------------|------------------|------------|--------|
| Original Transcript & 1 Copy | 160 | $4.95 | $792.00 |
| Original Transcript - Expedited Delivery | 160 | $2.00 | $320.00 |
| Rough ASCII | 160 | $1.50 | $240.00 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index | 1 | $25.00 | $25.00 |
| Exhibits - Hard Copy | 201 | $0.25 | $50.25 |
| | | SUBTOTAL | $1,517.25 |
| | | SHIPPING & HANDLING | $40.82 |
| | | TOTAL | $1,558.07 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT 14



**LEGALINK**
A WASKINGTON COMPANY   GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

LegaLink Boston
320 Congress Street
4th Floor
Boston, MA 02210

tel (800) 822-3376
tel (617) 542-0039
fax (617) 542-2119
www.legalink.com

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12025493 | 12/27/2006 | 1205-71221 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/13/2006 | LDC | |

| CASE CAPTION |
|---|
| Fisher Price vs. Safety 1st |

| TERMS |
|---|
| Immediate |

Jay I. Alexander, Esq.
Milbank Tweed Hadley & McCloy
International Square Building
1825 Eye Street, N.W. Suite 1100
Washington, DC 20006

---

1 CERTIFIED COPY OF TRANSCRIPT OF:           416.00
  Mark Weppner

                          TOTAL   DUE   >>>>      416.00

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

RECEIVED
JAN 0 8 2007

---

TAX ID NO. :  20-2665382                            (202) 835-7500

*Please detach bottom portion and return with payment*

# EXHIBIT 15

**Ringdahl, Judith**

| | |
|---|---|
| **From:** | faxpat billing [fbilling@faxpat.com] |
| **Sent:** | Thursday, August 08, 2002 3:43 PM |
| **To:** | JRingdahl@milbank.com |
| **Subject:** | Faxpat: July 2002 |

=============================================================================

```
                    F A X P A T
            Please note our new address
                 5350 SHAWNEE ROAD
                     SUITE 110
              ALEXANDRIA, VA   22312
                 1 800  445-9760
                   703-916-1500

               billing@faxpat.com

            http://www.faxpat.com

                I N V O I C E
```

*(handwritten: 30281)*
*(handwritten: 02000000.0100)*
*(handwritten: 110990  — 2 vouchers - 2 clients)*
*(handwritten: V. 581431)*

```
Invoice Number:  605619
Invoice Date:    2002-07-31

Group Number:       -2900
Group Manager Number: FP23820
Group Manager Login:  23820
Group Manager Email:  JRingdahl@milbank.com
Delivery Name:   Judy Ringdahl - A/P Manager
Company:         Milbank & Tweed

Address:

                 1825 I Street N.W.
                 Suite 1100
                 Washington DC 20006
                 USA


PHONE:           202-835-7500
FAX:             202-835-7586

CUSTOMER REFERENCE:


1) Statement of your account for the month
   of July 2002.
   If you need further assistance please contact us via
   email at: billing@faxpat.com

2) Reflects payments received through
   July 31, 2002

3) Please refer to your CUSTOMER NUMBER when making payment

   * * * * * * * * * * * * * * * * * * * * * * * * *
4) MicroPatent has an online licensing exchange: the World
   Patent & Trademark Exchange - WPT-X.  Go to
   http://www.wpt-x.com for more information.
   * * * * * * * * * * * * * * * * * * * * * * * * * *


Thank you for using Faxpat.
```

```
================================================================================
================
ORDER NUMBER  502271 , Login  23820 , User Name/Attn to: Bob Busby
Date        Type          Desc              Docket/Userdef       Price
----------  ------------  ----------------  ------------------   -------
2002-07-11  C1000         6247755           01-051-GMS            270.00
2002-07-11  SHIPPING      SHIPPING          Courier                12.95
----------  ------------  ----------------  ------------------   -------
Subtotal for ORDER NUMBER  502271                                 282.95

ORDER NUMBER  502269 , Login  23820 , User Name/Attn to: Bob Busby
Date        Type          Desc              Docket/Userdef       Price
----------  ------------  ----------------  ------------------   -------
2002-07-19  C1000         5660435           01-051-GMS            270.00
2002-07-19  SHIPPING      SHIPPING          Courier                12.95
----------  ------------  ----------------  ------------------   -------
Subtotal for ORDER NUMBER  502269                                 282.95

ORDER NUMBER  502273 , Login  23820 , User Name/Attn to: Bob Busby
Date        Type          Desc              Docket/Userdef       Price
----------  ------------  ----------------  ------------------   -------
2002-07-19  C1000         6257659           01-051-GMS            270.00
----------  ------------  ----------------  ------------------   -------
Subtotal for ORDER NUMBER  502273                                 270.00

ORDER NUMBER  502270 , Login  23820 , User Name/Attn to: Bob Busby
Date        Type          Desc              Docket/Userdef       Price
----------  ------------  ----------------  ------------------   -------
2002-07-19  C1000         5947552           01-051-GMS            270.00
----------  ------------  ----------------  ------------------   -------
Subtotal for ORDER NUMBER  502270                                 270.00

ORDER NUMBER  508959 , Login  23820 , User Name/Attn to: Karen Hudson
Date        Type          Desc              Docket/Userdef       Price
----------  ------------  ----------------  ------------------   -------
2002-07-26  E3000         5613912           3055406500              4.00
----------  ------------  ----------------  ------------------   -------
Subtotal for ORDER NUMBER       508959                              4.00

----------  ------------  ----------------  ------------------   -------
SubTotal For All Orders Above :                                  1109.90

-------------------------------------    --------  --------------------------------
SUBTOTAL:                                1109.90

BALANCE FORWARD:                            0.00
AMOUNT DUE:                              1109.90 Payment Due
```

                      TERMS: DUE ON RECEIPT
                  All prices are in U.S. Dollars
================================================================================

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
List or search intellectual property available for
commercialization through MicroPatent's licensing exchange -
WPT-X (http://www.wpt-x.com).  The searching is done right
in PatSearch FullText.  Call MicroPatent at 800.648.6787,
+1.203.466.5055, or +44 (0) 20.7450.5102 for more
information or email rcheslock@micropat.com.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

2

**MILBANK, TWEED, HADLEY & McCLOY**                    **VOUCHER ENTRY FORM**

| ACCOUNTING ONLY | CLIENT NAME Fisher-Price | | DEPT. # | |
|---|---|---|---|---|
| | CLIENT/MATTER# 36986-00100 | | DATE 7/30/02 | |
| INV. DATE | REQUESTED BY Cynthia Lindsay | | ATTY/EMPL. # 80034 | |
| | PAYEE Fax pat | | VENDOR # 30281 | |

| INV. # | EXPLANATION | | BILLING EXPENSE CODE | AMOUNT |
|---|---|---|---|---|
| | | VOUCHERS | 30-01 | |
| | | LOCAL TRAVEL | 02-01 | |
| PREP. BY | | CAB FARES | 03-01 | |
| | | TELEPHONE | 04-01 | |
| | | TELEX | 05-01 | |
| REV'WD BY | | TELECOPY | 05-02 | |
| | | OTHER TELECOM | 05-03 | |
| INPUT BY | | MAIL | 06-01 | |
| | | MESSENGER | 06-02 | |
| | | XEROX | 07-02 | |
| BATCH # | | BINDING | 07-04 | |
| | | OVERTIME | 09-01 | |
| | | MEALS/ENT | 10-01 | |
| BATCH DATE | | OT MEALS INCIDTL EXP | 11-01 | |
| | | MISC. | 18-01 | |

| DATE DUE/P.O. | OTHER BILLING EXPENSE CODE | | | |
|---|---|---|---|---|
| | 12-03 OTHER WP PRINTING | 33-01 CLOSING EXP | | |
| | 12-07 SEC. WP LABOR | 34-01 DOC. RETRIEVAL/REPRO | | |
| | 12-08 OTHER WP LABOR | 35-01 FEES | | |
| CHECK # (IF MANUAL) | 15-04 PROOFREAD | 36-01 INCORP. COSTS | | |
| | 31-01 CERTIFICATES | 37-01 SEARCHES | | |
| | 32-01 COURT/CLERICAL SVCS. | 38-01 SVC OF PROCESS | | |

| EXPLANATION | | GENERAL LEDGER ACCOUNT CODE | AMOUNT |
|---|---|---|---|
| 6,257,659 cert. File history | | 34-01 | 270.00 |
| 6,247,755 cert. File history | | | 282.95 |
| 5,947,552 cert. File history | | | 270.00 |
| 5,660,435 cert. File history | | | 282.95 |

☐ MAIL  ☐ HAND                    BILLING/GL TOTAL: 1,105.90
CHECK TO: _____
ROOM #: _____      LESS CASH ADVANCE: _____
EXT. # _____
APPROVAL _____   TITLE          TOTAL (DUE/FROM) PAYEE: 1,105.90

NTC VEF 10/88

# Faxpat/Optipat, Inc.

**Shipping Date:** 20020719

**Order Number: 502270**   **Order Date:** 20020607   **Order Time:** 10:39
**Customer #**   **F23820**        **Docket:** 01-051-GMS

Atten: **Bob Busby**   **Milbank & Tweed**
**1825 I Street N.W.**
**Suite 1100**
**Washington**   **DC**   **20006**
**USA**

**Voice#:** 202-835-7500      **Ext:** ____      **Fax#:** 202-835-7586
**Email:** sbachman@milbank.com

**Order Log**

**Customer Instructions (about this order)**

**Order Summary: (notes to the customer)**
1 certified file history w/no refs

**BillType:** M     **ShipType:** C     **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|---------|-----|-----|--------|--------|
| C1000 | 5947552 | 1 | 18 | 270.00 | 270.00 |

**Subtotal 270.00**   **Tax 0.00**   **Shipping/Handling 0.00**

# Item Total:   270.00

**Please forward this document to your accounting department**
**Payments should be made to:**

**Faxpat**
**5350 Shawnee Road.**
**Suite 110**
**Alexandria, VA 22312**

**If you have any questions about this document, call (800) 445-9760 or (703) 916-1500**

# Faxpat/Optipat, Inc.

**Shipping Date:** 20020711

**Order Number: 502271**   **Order Date:** 20020607   **Order Time:** 10:40
**Customer #   F23820**            **Docket:** 01-051-GMS

Atten: Bob Busby   Milbank & Tweed
1825 I Street N.W.
Suite 1100
Washington   DC   20006
USA

**Voice#:** 202-835-7500      **Ext:**          **Fax#:** 202-835-7586
   **Email:** sbachman@milbank.com

**Order Log**

**Customer Instructions (about this order)**

**Order Summary: (notes to the customer)**
1 certified file history w/no refs

**BillType:** M       **ShipType:** C       **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| C1000 | 6247755 | 1 | 0 | 270.00 | 270.00 |

**Subtotal 270.00      Tax 0.00      Shipping/Handling 12.95**

# Item Total:      282.95

Please forward this document to your accounting department
Payments should be made to:

**Faxpat**
**5350 Shawnee Road.**
**Suite 110**
**Alexandria, VA 22312**

If you have any questions about this document, call (800) 445-9760 or (703) 916-1500

# Faxpat/Optipat, Inc.

**Shipping Date:** 20020719

**Order Number:** 502273   **Order Date:** 20020607   **Order Time:** 10:40
**Customer #**   F23820   **Docket:** 01-051-GMS

Atten: **Bob Busby**   **Milbank & Tweed**
**1825 I Street N.W.**
**Suite 1100**
**Washington   DC   20006**
**USA**

**Voice#:** 202-835-7500   **Ext:**   **Fax#:** 202-835-7586
**Email:** sbachman@milbank.com

**Order Log**

**Customer Instructions (about this order)**

**Order Summary: (notes to the customer)**
1 certified file history w/no refs

**BillType:** M   **ShipType:** C   **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|---------|-----|-----|--------|--------|
| C1000 | 6257659 | 1 | 0 | 270.00 | 270.00 |

**Subtotal 270.00   Tax 0.00   Shipping/Handling 0.00**

# Item Total:   270.00

**Please forward this document to your accounting department**
**Payments should be made to:**

**Faxpat**
**5350 Shawnee Road.**
**Suite 110**
**Alexandria, VA 22312**

**If you have any questions about this document, call (800) 445-9760 or (703) 916-1500**

# Faxpat/Optipat, Inc.

**Shipping Date:** 20020719

**Order Number: 502269**   **Order Date:** 20020607   **Order Time:** 10:33
**Customer #** F23820   **Docket:** 01-051-GMS

**Atten: Bob Busby**   **Milbank & Tweed**
**1825 I Street N.W.**
**Suite 1100**
**Washington   DC   20006**
**USA**

**Voice#:** 202-835-7500   **Ext:**   **Fax#:** 202-835-7586
**Email:** sbachman@milbank.com

**Order Log**

**Customer Instructions (about this order)**

**Order Summary: (notes to the customer)**
1 certified file history w/no refs

**BillType:** M   **ShipType:** C   **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| C1000 | 5660435 | 1 | 31 | 270.00 | 270.00 |

**Subtotal 270.00**   **Tax 0.00**   **Shipping/Handling 12.95**

# Item Total:   282.95

**Please forward this document to your accounting department**
**Payments should be made to:**

**Faxpat**
**5350 Shawnee Road.**
**Suite 110**
**Alexandria, VA 22312**

**If you have any questions about this document, call (800) 445-9760 or (703) 916-1500**

MILBANK, TWEED, HADLEY & McCLOY          VOUCHER ENTRY FORM

| ACCOUNTING ONLY | CLIENT NAME | | DEPT.# | |
|---|---|---|---|---|
| | CLIENT/MATTER# 30554-06500 | | DATE 8-19-02 | |
| INV. DATE | REQUESTED BY Karen L. Hudson | | ATTY/EMPL # 1478 | |
| | PAYEE Faxpat | | VENDOR # | |

| INV.# | EXPLANATION | | BILLING EXPENSE CODE | AMOUNT |
|---|---|---|---|---|
| | | VOUCHERS | 30-01 | |
| | | LOCAL TRAVEL | 02-01 | |
| PREP. BY | | CAB FARES | 03-01 | |
| | | TELEPHONE | 04-01 | |
| | | TELEX | 05-01 | |
| REVW'D BY | | TELECOPY | 05-02 | |
| | | OTHER TELECOM | 05-03 | |
| INPUT BY | | MAIL | 06-01 | |
| | | MESSENGER | 06-02 | |
| | | XEROX | 07-02 | |
| BATCH# | | BINDING | 07-04 | |
| | | OVERTIME | 09-01 | |
| | | MEALS/ENT | 10-01 | |
| BATCH DATE | | OT MEALS INCIDTL EXP | 11-01 | |
| | Re-establish Account | MISC. | 18-01 | 4.00 |
| DATE DUE/PD. | | OTHER BILLING EXPENSE CODE | | |

| | |
|---|---|
| 12-03 OTHER WP PRINTING | 33-01 CLOSING EXP |
| 12-07 SEC. WP LABOR | 34-01 DOC. RETRIEVAL/REPRO |
| 12-08 OTHER WP LABOR | 35-01 FEES |
| 15-04 PROOFREAD | 36-01 INCORP. COSTS |
| 31-01 CERTIFICATES | 37-01 SEARCHES |
| 32-01 COURT/CLERICAL SVCS. | 38-01 SVC OF PROCESS |

| EXPLANATION | GENERAL LEDGER ACCOUNT CODE | AMOUNT |
|---|---|---|
| | 18-01 | |
| | | |
| | | |
| | | |

| ☐ MAIL   ☐ HAND | | |
|---|---|---|
| CHECK TO: | BILLING/GL TOTAL: | $4.00 |
| ROOM #: | LESS CASH ADVANCE: | |
| EXT.# | TOTAL (DUE/FROM) PAYEE: | $4.00 |
| APPROVAL | TITLE | |

NTC VEF 10/88

**Ringdahl, Judith**

| | |
|---|---|
| **From:** | faxpat billing [fbilling@faxpat.com] |
| **Sent:** | Thursday, August 08, 2002 3:43 PM |
| **To:** | JRingdahl@milbank.com |
| **Subject:** | Faxpat: July 2002 |

================================================================================

```
                 F A X P A T
          Please note our new address
              5350 SHAWNEE ROAD
                  SUITE 110
           ALEXANDRIA, VA    22312
               1 800   445-9760
                 703-916-1500


            billing@faxpat.com

          http://www.faxpat.com

              I N V O I C E

Invoice Number:  605619
Invoice Date:    2002-07-31

Group Number:         -2900
Group Manager Number: FP23820
Group Manager Login:  23820
Group Manager Email:  JRingdahl@milbank.com
Delivery Name:   Judy Ringdahl - A/P Manager
Company:         Milbank & Tweed

Address:

                 1825 I Street N.W.
                 Suite 1100
                 Washington DC 20006
                 USA


PHONE:           202-835-7500
FAX:             202-835-7586

CUSTOMER REFERENCE:


1) Statement of your account for the month
   of July 2002.
   If you need further assistance please contact us via
   email at: billing@faxpat.com

2) Reflects payments received through
   July 31, 2002

3) Please refer to your CUSTOMER NUMBER when making payment

   * * * * * * * * * * * * * * * * * * * * * * * * *
4) MicroPatent has an online licensing exchange: the World
   Patent & Trademark Exchange - WPT-X.  Go to
   http://www.wpt-x.com for more information.
   * * * * * * * * * * * * * * * * * * * * * * * * *


Thank you for using Faxpat.
```

1

```
================================================================================
===============
ORDER NUMBER  502271 , Login  23820 , User Name/Attn to: Bob Busby
Date          Type          Desc              Docket/Userdef       Price
----------    -------------  ----------------- -------------------  -------
2002-07-11    C1000         6247755           01-051-GMS            270.00
2002-07-11    SHIPPING      SHIPPING          Courier               12.95
----------    -------------  ----------------- -------------------  -------
Subtotal for ORDER NUMBER  502271                                  282.95

ORDER NUMBER  502269 , Login  23820 , User Name/Attn to: Bob Busby
Date          Type          Desc              Docket/Userdef       Price
----------    -------------  ----------------- -------------------  -------
2002-07-19    C1000         5660435           01-051-GMS            270.00
2002-07-19    SHIPPING      SHIPPING          Courier               12.95
----------    -------------  ----------------- -------------------  -------
Subtotal for ORDER NUMBER  502269                                  282.95

ORDER NUMBER  502273 , Login  23820 , User Name/Attn to: Bob Busby
Date          Type          Desc              Docket/Userdef       Price
----------    -------------  ----------------- -------------------  -------
2002-07-19    C1000         6257659           01-051-GMS            270.00
----------    -------------  ----------------- -------------------  -------
Subtotal for ORDER NUMBER  502273                                  270.00

ORDER NUMBER  502270 , Login  23820 , User Name/Attn to: Bob Busby
Date          Type          Desc              Docket/Userdef       Price
----------    -------------  ----------------- -------------------  -------
2002-07-19    C1000         5947552           01-051-GMS            270.00
----------    -------------  ----------------- -------------------  -------
Subtotal for ORDER NUMBER  502270                                  270.00

ORDER NUMBER  508959 , Login  23820 , User Name/Attn to: Karen Hudson
Date          Type          Desc              Docket/Userdef       Price
----------    -------------  ----------------- -------------------  -------
2002-07-26    E3000         5613912           3055406500             4.00
----------    -------------  ----------------- -------------------  -------
Subtotal for ORDER NUMBER        508959                              4.00

----------    -------------  ----------------- -------------------  -------
SubTotal For All Orders Above :                                    1109.90
```

```
--------------------------------------  --------  -------------------------------
SUBTOTAL:                               1109.90

BALANCE FORWARD:                           0.00
AMOUNT DUE:                             1109.90 Payment Due
```

                    TERMS: DUE ON RECEIPT
               All prices are in U.S. Dollars
```
================================================================================
```

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
List or search intellectual property available for
commercialization through MicroPatent's licensing exchange -
WPT-X (http://www.wpt-x.com).  The searching is done right
in PatSearch FullText.  Call MicroPatent at 800.648.6787,
+1.203.466.5055, or +44 (0) 20.7450.5102 for more
information or email rcheslock@micropat.com.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

2

# EXHIBIT 16

To: Faxpat customer - need email address
From: billing@faxpat.com
Subject: Faxpat: September 2001

ᴅ

FAXPAT
Please note our new address
5350 SHAWNEE ROAD
SUITE 110
ALEXANDRIA, VA   22312
1 800  445-9760
703-916-1500


billing@faxpat.com

http://www.faxpat.com

INVOICE

Invoice Number:  510707
Invoice Date:    2001-09-30

Group Number:      -2900
Group Manager Number: FP23820-001
Group Manager Login:  23820-001
Group Manager Email:  Faxpat customer - need email address
Company:       MILBANK & TWEED(WASH,DC)

Address:

1825 I Street, N. W.

Suite 1100
Washington D.C 20006
USA


PHONE:        202 835 7500
FAX:          F202 835 7586

CUSTOMER REFERENCE:


1) Statement of your account for the month
   of September 2001
   If you need further assistance please contact us via
   email at: billing@faxpat.com

2) Reflects payments received through
   September 30, 2001

3) Please refer to your CUSTOMER NUMBER when making payment

4) Wooltcott, a division of MicroPatent, offers professional searching and
   translation services. Call 800.463.8890 today and let us do the
   searching for you!

,Thank·yòu ₊for using Faxpat.

ORDER NUMBER  468105 , Login  23820 , User Name/Attn to: Karen Hudson

| Date | Type | Desc | Docket/Userdef | Price |
| ---------- | ------------- | ------------------ | ------------------ | ------- |
| 2001-09-24 | F1200 | REference | 36986-00100 | 126.00 |
| 2001-09-24 | F1600 | FOreign | 36986-00100 | 84.00 |
| 2001-09-24 | F1000 | 6257659 | 36986-00100 | 256.00 |
| 2001-09-24 | SHIPPING | SHIPPING | 36986-00100 | 12.95 |
| 2001-09-24 | F1100 | REferece | 36986-00100 | 153.00 |

Subtotal for ORDER NUMBER  468105                              631.95


ORDER NUMBER  468106 , Login  23820 , User Name/Attn to: Karen Hudson

| Date | Type | Desc | Docket/Userdef | Price |
| ---------- | ------------- | ------------------ | ------------------ | ------- |
| 2001-09-24 | F1600 | FOreign | 36986-00100 | 37.00 |
| 2001-09-24 | F1000 | 6247755 | 36986-00100 | 106.00 |
| 2001-09-24 | F1100 | REference | 36986-00100 | 54.00 |
| 2001-09-24 | F1200 | REference | 36986-00100 | 24.00 |

Subtotal for ORDER NUMBER     468106                           221.00


SubTotal For All Orders Above :                               852.95


---------------------------------------    --------   ---------------------------------
SUBTOTAL:                                   852.95

BALANCE FORWARD:                            1390.90

CURRENT MONTH PAYMENTS AND DEPOSITS :

| Date | Invoice# | Credit# | Amount | Type | Description |
| ---------- | -------- | -------- | ------------------ | ---------- | ------------------------ |
| 2001-09-18 | 501401 | 4 | 1390.90 | Payment | 08/01 inv pd |

SubTotal Curr Mo Pymt:                      1390.90

AMOUNT DUE:                                 852.95 Payment Due


TERMS: DUE ON RECEIPT
All prices are in U.S. Dollars


@ * @ * @ * @ * @ * @ * @ * @ * @ * @ * @ * @ * @

Don't have time to search?

Let an experienced, professional patent searcher help by doing it
for you.  Announcing the addition of Woolcott to the MicroPatent family.

Get accurate and reliable search results from expert searchers with over

# EXHIBIT 17

US Patent and Trademark Office - Online Shopping - Order Confirmation                    Page 1 of 2

| Login | Shopping Cart | Checkout | Order Status | Customer Profile | Help |

**U.S. Patent and Trademark Office**

Processing Time | Delivery Method | Delivery Destination | Order Summary | Submit Order

**Shopper:** Cynthia Lindsay (IDON691731) **Order:** 676125

Your order 676125 was received by USPTO at 12/03/2002 02:05 PM.

The total cost is $125.00 for this order.

Please print this page and use it as your receipt.

| Order Item No | Item Name | Document ID | Qty Ordered | Qty Shipped |
|---|---|---|---|---|
| 1 | CERTIFIED PATENT-MAIL | 05660435 | 1 | 0 |
| 2 | CERTIFIED PATENT-MAIL | 05947552 | 1 | 0 |
| 3 | CERTIFIED PATENT-MAIL | 06247755 | 1 | 0 |
| 4 | CERTIFIED PATENT-MAIL | 06257659 | 1 | 0 |
| 5 | CERTIFIED PATENT-MAIL | D0431940 | 1 | 0 |

Prices are in U.S. Dollars.

## Shipping Information:

*36986 - 00100*

*Please reimburse.*

*Thanks,*

*Bob*

**You**

This is your order confirmation. Please print this page and keep it as your receipt. You

# EXHIBIT 18

**Ringdahl, Judith**

| | |
|---|---|
| **From:** | faxpat billing [fbilling@faxpat.com] |
| **Sent:** | Tuesday, January 07, 2003 9:37 AM |
| **To:** | JRingdahl@milbank.com |
| **Subject:** | Faxpat: December 2002 |

```
==============================================================================
                        F A X P A T
              Please note our new address
                    5350 SHAWNEE ROAD
                        SUITE 110
                  ALEXANDRIA, VA    22312
                    1 800   445-9760
                      703-916-1500


                  billing@faxpat.com

                  http://www.faxpat.com

                      I N V O I C E

Invoice Number:  633414
Invoice Date:    2002-12-31

Group Number:       -2900
Group Manager Number: FP23820
Group Manager Login:  23820
Group Manager Email:  JRingdahl@milbank.com


Delivery Name:   Judy Ringdahl - A/P Manager
Company:         Milbank & Tweed
                 1825 I Street N.W.
Address          Suite 1100
                 Washington DC 20006
                 USA


PHONE:           202-835-7500
FAX:             202-835-7586

CUSTOMER REFERENCE:


1) Statement of your account for the month
   of December 2002.
   If you need further assistance please contact us via
   email at: billing@faxpat.com

2) Reflects payments received through
   December 31, 2002

3) Please refer to your CUSTOMER NUMBER when making payment

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
   MicroPatent's Patent Index Database (MPI) - the most timely,
   complete bibliographic database available.  For more
   information call 800.648.6787 or 203.466.5055 in the United
   States, or +44 (0) 20.7450.5105 in Europe.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

1

Thank you for using Faxpat.

```
=================================================================================
================
ORDER NUMBER  644868 , Login  23820 , User Name/Attn to: Cynthia Lindsay
Date         Type          Desc              Docket/Userdef        Price
----------   -------------  -----------------  ------------------   -------
2002-12-09  P2100         FR773113          36986.00100            15.00
----------   -------------  -----------------  ------------------   -------
Subtotal for ORDER NUMBER  644868                                   15.00


ORDER NUMBER  644866 , Login  23820 , User Name/Attn to:
Date         Type          Desc              Docket/Userdef        Price
----------   -------------  -----------------  ------------------   -------
2002-12-09  SHIPPING      SHIPPING          USPS Regular            1.83
2002-12-09  P2100         SU1645423         36986.00100            15.00
----------   -------------  -----------------  ------------------   -------
Subtotal for ORDER NUMBER  644866                                   16.83


ORDER NUMBER  527065 , Login  23820 , User Name/Attn to: Cynthia Lindsay
Date         Type          Desc              Docket/Userdef        Price
----------   -------------  -----------------  ------------------   -------
2002-12-12  F1000         6257659           36986.00100            45.00
2002-12-12  SHIPPING      SHIPPING          FexEx Overnight PM     13.05
----------   -------------  -----------------  ------------------   -------
Subtotal for ORDER NUMBER  527065                                   58.05


ORDER NUMBER  644885 , Login  23820 , User Name/Attn to: Cynthia Lindsay
Date         Type          Desc              Docket/Userdef        Price
----------   -------------  -----------------  ------------------   -------
2002-12-12  F1000         5947552           36986.00100            45.00
----------   -------------  -----------------  ------------------   -------
Subtotal for ORDER NUMBER  644885                                   45.00


ORDER NUMBER  528315 , Login  23820 , User Name/Attn to: Cynthia Lindsay
Date         Type          Desc              Docket/Userdef        Price
----------   -------------  -----------------  ------------------   -------
2002-12-18  P1000         5947552           36986.00100             3.00
2002-12-18  P1000         6257659           36986.00100             3.00
2002-12-18  P1000         D431940           36986.00100             3.00
2002-12-18  SHIPPING      SHIPPING          Courier                12.95
----------   -------------  -----------------  ------------------   -------
Subtotal for ORDER NUMBER      528315                               21.95


----------   -------------  -----------------  ------------------   -------
SubTotal:                                                          156.83


----------------------------------------    --------   ---------------------------------
SUBTOTAL:                                   156.83

BALANCE FORWARD:                              0.00
AMOUNT DUE:                                 156.83 Payment Due



                    TERMS: DUE ON RECEIPT
               All prices are in U.S. Dollars
=================================================================================


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
  Search and display legal status information from 42
```

countries/patent authorities, plus search bibliographic data
from 72 countries/authorities, dating back to the early
1900's, with MicroPatent's Patent Index Database (MPI).   To
get started, contact MicroPatent sales at sales@micropat.com
or eu@micropat.com, or call 800.648.6787 in the United
States or +44 (0) 20.7450.5105 in Europe.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Order Number 528315

# Faxpat/Optipat, Inc.

**Shipping Date:** 20021218

**Order Number:** 528315    **Order Date:** 20021218    **Order Time:** 16:54
**Customer #** F23820        **Docket:** 36986.00100

Atten: Cynthia Lindsay    Milbank & Tweed
1825 I Street N.W.
Suite 1100
Washington    DC    20006
USA

**Voice#:** 202-835-7529    **Ext:** [ ]    **Fax#:** 202-835-7586
**Email:** [ ]

**Order Log** [ ]

**Customer Instructions (about this order)**

**Order Summary: (notes to the customer)**
Patents

**BillType:** M    **ShipType:** C    **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|---------|-----|-----|------|-------|
| P1000 | D431940 | 1 | 0 | 3.00 | 3.00 |
| P1000 | 6257659 | 1 | 0 | 3.00 | 3.00 |
| P1000 | 5947552 | 1 | 18 | 3.00 | 3.00 |

**Subtotal 9.00    Tax 0.00    Shipping/Handling 12.95**

# Item Total:    21.95

**Please forward this document to your accounting department**
**Payments should be made to:**

**Faxpat**
**5350 Shawnee Road.**
**Suite 110**
**Alexandria, VA 22312**

**If you have any questions about this document, call (800) 445-9760 or (703) 916-1500**

# Faxpat/Optipat, Inc.

**Shipping Date:** 20021209

**Order Number: 644868    Order Date:** 20021206    **Order Time:** 16:47
**Customer #    F23820              Docket:** 36986.00100

**Atten: Cynthia Lindsay      Milbank & Tweed**
**1825 I Street N.W.**
**Suite 1100**
**Washington    DC    20006**
**USA**

**Voice#:** 202-835-7500    **Ext:** _____    **Fax#:** 202-835-7586
**Email:** clindsay@milbank.com

# Shipping Info

**Company:** Milbank, Tweed, Hadley & McCl    **Attention:** _____
**Address1:** 1825 I Street N.W.
**Address2:** Suite 1100
**City:** Washington, D.C.    **State:** _____    **Zip:** 20006
**Country:** USA

**Voice#:** _____    **Ext:** _____    **Fax#:** _____

**Order Log** _____

**Customer Instructions (about this order)**

**Order Summary: (notes to the customer)**
Patent

**BillType:** M    **ShipType:** U    **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| P2100 | FR773113 | 1 | 3 | 1.00 | 15.00 |

**Subtotal 15.00    Tax 0.00    Shipping/Handling 0.00**

# Item Total:    15.00

Order Number: 644866

http://192.168.81.14/cgiord/buildord.ex

# Faxpat/Optipat, Inc.

**Shipping Date:** 20021209

**Order Number: 644866**   **Order Date:** 20021206   **Order Time:** 16:42
**Customer #**   F23820        **Docket:** 36986.00100

**Atten:** Cynthia Lindsay   Milbank & Tweed
1825 I Street N.W.
Suite 1100
Washington   DC   20006
USA

**Voice#:** 202-835-7500   **Ext:** ____   **Fax#:** 202-835-7586
**Email:** Clindsay@milbank.com

# Shipping Info

**Company:** Milbank, Tweed, Hadley & McCl   **Attention:** _____
**Address1:** 1825 I Street N.W.
**Address2:** Suite 1100
**City:** Washington, D.C.   **State:** ____   **Zip:** 20006
**Country:** USA

**Voice#:** ____   **Ext:** ____   **Fax#:** ____

**Order Log** ____

**Customer Instructions** (about this order)

**Order Summary:** (notes to the customer)
w/ FP644868

**BillType:** M   **ShipType:** U   **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| P2100 | EN910624 | 1 | 00 | 0.00 | 0.00 |
| P2100 | SU1645423 | 1 | 4 | 1.00 | 15.00 |

**Subtotal 15.00**   **Tax 0.00**   **Shipping/Handling 1.83**

# Item Total:   16.83

# Faxpat/Optipat, Inc.

**Shipping Date:** 20021212

**Order Number: 527065**   **Order Date:** 20021209   **Order Time:** 13:13
**Customer #**   **F23820**   **Docket:** 36986.00100

**Atten: Cynthia Lindsay**   **Milbank & Tweed**
**1825 I Street N.W.**
**Suite 1100**
**Washington   DC   20006**
**USA**

**Voice#:** 202-835-7500   **Ext:** RY   **Fax#:** 202-835-7586
**Email:** Clindsay@milbank.com

# Shipping Info

**Company:** Milbank Tweed   **Attention:** Cynthia Lindsay
**Address1:** 1825 I Street N.W.
**Address2:** Suite 1100
**City:** Washington   **State:** D.C.   **Zip:** 20006
**Country:**

**Voice#:**   **Ext:**   **Fax#:**

**Order Log**

**Customer Instructions (about this order)**
I need the file history for U.S. Patent 5,947,552- only documents
after 3/25/99 (Doc. 15)and Fle History for U.S. Patent
6,257,659 only documents after 4/5/01 (Doc 17)

**Order Summary: (notes to the customer)**

**BillType:** M   **ShipType:** P   **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|---------|-----|-----|------|-------|
| F1000 | 6257659 | 1 | 23 | 1.00 | 45.00 |

**Subtotal 45.00   Tax 0.00   Shipping/Handling 13.05**

# Item Total:   58.05

**Please forward this document to your accounting department**

# Faxpat/Optipat, Inc.

**Shipping Date:** 20021212

**Order Number: 644885**   **Order Date:** 20021209   **Order Time:** 12:33
**Customer #**   **F23820**      **Docket:** 36986.00100

Atten: **Cynthia Lindsay**    **Milbank & Tweed**
**1825 I Street N.W.**
**Suite 1100**
**Washington**   **DC**   **20006**
**USA**

**Voice#:** 202-835-7500   **Ext:** RY   **Fax#:** 202-835-7586
**Email:** Clindsay@milbank.com

# Shipping Info

**Company:** Milbank Tweed          **Attention:** Cynthia Lindsay
**Address1:** 1825 I Street N.W.
**Address2:** Suite 1100
**City:** Washington   **State:** D.C.   **Zip:** 20006
**Country:** USA

**Voice#:**          **Ext:**      **Fax#:**

**Order Log**

**Customer Instructions (about this order)**
I need the file history for U.S. Patent 5,947,552- only documents
after 3/25/99 (Doc. 15)and Fle History for U.S. Patent
6,257,659 only documents after 4/5/01 (Doc 17)

**Order Summary: (notes to the customer)**

**BillType:** M   **ShipType:** P   **Order Status:** D

| Svctype | Desc | Qty | Pgs | Cost | Total |
|---------|------|-----|-----|------|-------|
| F1000 | 5947552 | 1 | 25 | 1.00 | 45.00 |

**Subtotal 45.00   Tax 0.00   Shipping/Handling 0.00**

# Item Total:   45.00

**Please forward this document to your accounting department**

# EXHIBIT 19

Document Title

# Patent Imaging Corporation
*Patent Reference and Scientific Information Service*

(703) 553-0000
(703) 418-1520 Facsimile

2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, Virginia 22202

Patent Bank (800) 922-3766
www.patentimaging.com

Monday, January 31, 2005

MILBANK TWEED HADLEY & MCCLOY
1825 I STREET, NW
WASHINGTON, DC 20004

## STATEMENT - ALL DOCKETS

| User ID | Date | Document | Type | Pages | Delivery | Docket | Debit $$ |
|---------|------|----------|------|-------|----------|--------|----------|
| ALEX001 | 01/26/05 | US-6771034-FH | Wrapper | 206 | Download | 36986-00300 | -154.50 |
| ALEX001 | 01/28/05 | US-20020121395-PA | Patent | 21 | Download | 36986-00300 | -3.00 |
| | | | | | | Total Charges: | -157.50 |
| N/A | 01/26/05 | | CREDIT CARD ADVANCE | | | CREDIT CARD ADVANCE | 1,000.00 |
| | | | | | | Total Charges: | 1,000.00 |

Patent Imaging Corporation and Patent Bank
are trademarks of Patent Imaging Corporation
Copyright 1998, all rights reserved

http://www.patentbank.com/acct_rpt.asp

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, I electronically filed **DECLARATION OF PEPIN A. TUMA SUPPLEMENTING DOCUMENTATION OF PLAINTIFF'S BILL OF COSTS AT REQUEST OF DEFENDANTS IN THEIR OBJECTION THERETO** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to Frederick L. Cottrell, III.

I hereby further certify that on July 3, 2008, I have also served the document(s) on the following attorneys of record via e-mail:

Frederick L. Cottrell, III
Anne Shea Gaza
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

James J. Foster
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

By: _____
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

412958v32(CB)